# Exhibit 27, Part 7 of 15

 **SYSTEMVEJLEDNING**

- at slutdatoen ikke er nået.
- at slutdatoen ikke er angivet for en default kontogruppering.
- at summen er 100%, og at der er mindst en debetkonto tilbage.
- hvis kontogrupperingskoden ændres, at den ændres fra ikke-default til default.

**Uddata:**
Der dannes følgende info-meddelelser:

| | |
|---|---|
| TI20123v | Ændring af kontogruppering (UD) |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe (UD) |
| TI20107v | Tilgang i likviditet på en debetrentekonto (PK) |
| TI20168v | Fragang i likviditet på en debetrentekonto (PK) |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK) |

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 DELTAGER | |
| 03 IDENTIFIKATION | O 2) |
| 02 KONTOGRUPPERING. | |
| 03 IDENTIFIKATION | O 2) |
| 03 KODE | O |
| 03 STARTDATO | O 3) |
| 03 SLUTDATO | F 1) |
| 02 KONTO-TYPE. | |
| 03 KODE | O 2) |
| 02 VALUTA. | |
| 03 ISO-KODE | O 2) |
| 02 KONTOGRUPPE  (20 forekomster) | |
| 03 BETALINGSSTED. | |
| 04 REGISTRERINGSNUMMER | O 4) |
| 03 KONTO-REFERENCE. | |
| 04 NUMMER | O 4) |
| 03 PROCENTFORDELING-PAA-KONTI. | |
| 04 PROCENT | O |

O = obligatorisk,  F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)

1)    Må ikke udfyldes for en default kontogruppering.
2)    Må ikke ændres.
3)    Må ikke ændres for en default kontogruppering.
4)    Må ikke ændres for de konti der er tilknyttet. Det er muligt at tilføje nye konti.

**Fjern debetkonti fra kontogruppering (TD20110v)**
**Formål:**
At fjerne en eller flere debetkonti i en kontogruppering.



**SYSTEMVEJLEDNING**

---

**Behandling hos centraldeltager:**
Det udstedende institut kan fjerne en eller flere debetkonti fra en kontogruppering, blot der er mindst én debetkonto tilbage i kontogrupperingen, og at summen er 100%.

Først skal procenten ændres til nul på debetkontoen som ønskes slettet. Derefter kan debetkontoen fjernes fra kontogrupperingen.

**Behandling i VP:**
Det kontrolleres, at summen er 100%, og at der er mindst en debetkonto tilbage.

**Uddata:**
Der dannes følgende info-meddelelser:

TI20124v        Sletning af kontogruppering (UD)

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
|    03 AFSENDER-REFERENCE | O |
| 02 DELTAGER | |
|    03 IDENTIFIKATION | O |
| 02 KONTOGRUPPERING. | |
|    03 IDENTIFIKATION | O |
|    03 KODE | F |
|    03 STARTDATO | F |
|    03 SLUTDATO | F |
| 02 KONTO-TYPE. | |
|    03 KODE | O |
| 02 VALUTA. | |
|    03 ISO-KODE | F |
| 02 KONTOGRUPPE  (20 forekomster) | |
|    03 BETALINGSSTED. | |
|      04 REGISTRERINGSNUMMER | O |
|    03 KONTO-REFERENCE. | |
|      04 NUMMER | O |
|    03 PROCENTFORDELING-PAA-KONTI. | |
|      04 PROCENT | O |

**O = obligatorisk,  F = frivillig, / = skal ikke udfyldes**

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)

Forespørgsel på kontogruppering (TR20110v)

**Formål:**
At forespørge på en kontogruppering og dens indhold af debetkonti.

**Behandling hos centraldeltager:**
Udstederen kan forespørge på kontogrupperingerne.



**SYSTEMVEJLEDNING**

**Behandling i VP:**
Det kontrolleres, at kontogrupperingen eksisterer, og at den pågældende udsteder har adgang til at spørge på kontogrupperingen.

**Uddata:**
Der dannes følgende info-meddelelser:

TI20163v        Svar på forespørgsel, kontogruppering (UD)

**DATAFELTER**

| | |
|---|---|
| **02 ANMELDELSE** | |
| 03 AFSENDER-REFERENCE | O |
| **02 DELTAGER** | |
| 03 IDENTIFIKATION | O |
| **02 KONTOGRUPPERING.** | |
| 03 IDENTIFIKATION | O |
| 03 KODE | / |
| 03 STARTDATO | / |
| 03 SLUTDATO | / |
| **02 KONTO-TYPE.** | |
| 03 KODE | O |
| **02 VALUTA.** | |
| 03 ISO-KODE | / |
| **02 KONTOGRUPPE  (20 forekomster)** | |
| 03 BETALINGSSTED. | |
| 04 REGISTRERINGSNUMMER | / |
| 03 KONTO-REFERENCE. | |
| 04 NUMMER | / |
| 03 PROCENTFORDELING-PAA-KONTI. | |
| 04 PROCENT | / |

O = obligatorisk,  F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)

**Tilknytning af handelsprodukt til en kontogruppering (TC20111v)**

**Formål:**
At tilknytte en udsteders handelsprodukter til en ikke-default kontogruppering til brug for en periodisk betaling af rente eller af udtrukne andele.

**Behandling hos centraldeltager:**
Det udstedende institut kan vælge at tilknytte handelsprodukter til en ikke-default kontogruppering.

Handelsproduktet kan tilknyttes pr. kontotype (udtrækning, rente) i den valuta provenuet skal afregnes i.

For udtrukne andele skal handelsproduktet tilknyttes en kontogruppering, der har samme valuta, som handelsproduktets udstedelsesvaluta.

Handelsproduktet kan tilknyttes de kontogrupperinger, hvor perioderne ikke overlapper hinanden. Gælder kun indenfor samme valuta.



**SYSTEMVEJLEDNING**

---

Ved tilknytning af handelsproduktet må slutdatoen ikke være nået.

**Kun for rente:**
Ved tilknytning af handelsprodukt til kontogruppering, kan der ske ændring til de beregnede provenuer, som endnu ikke er betalingsformidlet. Dette er nærmere beskrevet i afsnit 2.

**Behandling i VP:**
Det kontrolleres,
- at kontogrupperingen eksisterer for den pågældende deltager, samt at deltageren er udsteder af handelsproduktet.
- at kontogrupperingen er en ikke-default kontogruppering.
- at kontogrupperingens slutdato ikke er nået.
- at der i samme valuta ikke skabes overlappende perioder.
- Kun for udtrukne andele:

at kontogrupperingen er i samme valuta som handelsproduktets udstedelsesvaluta.

**Uddata:**
Der dannes følgende info-meddelelser:

| | |
|---|---|
| TI20125v | Tilknytning af et handelsprodukt til en kontogruppering (UD) |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe (UD) |
| TI20107v | Tilgang i likviditet på en debetrentekonto (PK) |
| TI20168v | Fragang i likviditet på en debetrentekonto (PK) |
| TI20182v | Nettopåvirkning i likviditet pr. afviklings-kørsel (PK) |

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE | |
| 03 AFSENDER-REFERENCE | O |
| 02 DELTAGER | |
| 03 IDENTIFIKATION | O |
| 02 KONTO-TYPE. | |
| 03 KODE | O |
| 02 KONTOGRUPPERING | |
| 03 IDENTIFIKATION | O |
| 02 HANDELSPRODUKT | |
| 03 ISIN | O |

O = obligatorisk,  F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)

## Sletning af handelsprodukt fra en kontogruppering (TD20111v)

**Formål:**
At fjerne et handelsprodukt fra en ikke-default kontogruppering.

**Behandling hos centraldeltager:**
Det udstedende institut kan fjerne et handelsprodukt fra en ikke-default kontogruppering.



**SYSTEMVEJLEDNING**

---

Efter at handelsproduktet er fjernet fra ikke-default kontogruppering vil default kontogrupperingen for samme kontotype udtrækning, rente) blive anvendt i stedet for.

**Kun for rente:**
Ved sletning af handelsprodukt fra en kontogruppering, kan der ske ændring til de beregnede provenuer, som endnu ikke er betalingsformidlet. Dette er nærmere beskrevet i afsnit 2.

Det kontrolleres efterfølgende, at handelsproduktet er fjernet fra kontogrupperingen.

**Behandling i VP:**
Det kontrolleres, at udstederen har lov til at fjerne et handelsprodukt fra den pågældende kontogruppering.

**Uddata:**
Der dannes følgende info-meddelelser:

| | |
|---|---|
| TI20126v | Sletning af handelsprodukt fra en kontogruppering (UD) |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe (UD) |
| TI20107v | Tilgang i likviditet på en debetrentekonto (PK) |
| TI20168v | Fragang i likviditet på en debetrentekonto (PK) |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK) |

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE | |
|    03 AFSENDER-REFERENCE | O |
| 02 DELTAGER | |
|    03 IDENTIFIKATION | O |
| 02 KONTO-TYPE. | |
|    03 KODE | O |
| 02 KONTOGRUPPERING | |
|    03 IDENTIFIKATION | O |
| 02 HANDELSPRODUKT | |
|    03 ISIN | O |

O = obligatorisk,  F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)

---

**Forespørgsel på handelsprodukter i en kontogruppering (TR20111v)**
**Formål:**
At forespørge på handelsprodukter i en ikke-default kontogruppering.

**Behandling hos centraldeltager:**
Udstederen kan forespørge på de handelsprodukter, der er knyttet til en ikke-default kontogruppering.

Ved forespørgsel på en ikke-default kontogruppering vises alle de handelsprodukter, der er tilknyttet.

Der kan ikke forespørges på en default kontogruppering.

**Behandling i VP:**
Det kontrolleres, at kontogrupperingen eksisterer, og at kontogrupperingen er ikke-default.

 SYSTEMVEJLEDNING

**Uddata:**
Der dannes følgende info-meddelelser:

TI20164v                Svar på forespørgsel, tilknyttede handelsprodukter til en kontogruppering(UD)

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
|     03 AFSENDER-REFERENCE | O |
| 02 DELTAGER | |
|     03 IDENTIFIKATION | O |
| 02 KONTO-TYPE. | |
|     03 KODE | O |
| 02 KONTOGRUPPERING | |
|     03 IDENTIFIKATION | O |
| 02 HANDELSPRODUKT | |
|     03 ISIN | / |

O = obligatorisk,  F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)


Ændring af kontogruppe for handelsprodukter (TU20117v)
**Formål:**
At flytte et eller alle handelsprodukter fra en ikke-default kontogruppering til en anden ikke-default kontogruppering.

**Behandling hos centraldeltager:**
Det udstedende institut skal indrapportere det handelsprodukt, der ønskes flyttet fra en ikke-default kontogruppering til en anden ikke-default.

Hvis handelsprodukt ikke udfyldes, flyttes alle handelsprodukter i kontogrupperingen til den nye kontogruppering.

Et handelsprodukt kan flyttes fra og til kontogrupperinger af samme kontotype. Det må dog ikke skabe overlappende perioder for et eller flere af handelsprodukterne.

**Kun for rente:**
Ved flytning af handelsprodukt fra en kontogruppering til en anden kontogruppering, kan der ske ændring til de beregnede provenuer, som endnu ikke er betalingsformidlet. Dette er nærmere beskrevet i afsnit 2.

**Behandling i VP:**
Ved flytning af flere handelsprodukter, skal alle kontroller være i orden, inden flytningen kan foretages.

Det kontrolleres,
- at slutdatoen på ny kontogruppering ikke er nået.
- at ny kontogruppering har samme kontotype, og at der ikke skabes overlappende periode for et eller flere af handelsprodukterne.



**SYSTEMVEJLEDNING**

Uddata:
Der dannes følgende info-meddelelser:

| | |
|---|---|
| TI20125v | Tilknytning af et handelsprodukt til en kontogruppering (UD) |
| TI20126v | Sletning af handelsprodukt fra en kontogruppering (UD) |
| TI20136v | Pengetræk pr. debetkonto i en kontogruppe (UD) |
| TI20107v | Tilgang i likviditet på en debetrentekonto (PK) |
| TI20168v | Fragang i likviditet på en debetrentekonto (PK) |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK) |

**DATAFELTER**

| | |
|---|---|
| **02 ANMELDELSE** | |
| 03 AFSENDER-REFERENCE | O |
| **02 DELTAGER** | |
| 03 IDENTIFIKATION | O |
| **02 KONTO-TYPE-FRA.  (KONTO-TYPE)** | |
| 03 KODE | O |
| **02 KONTOGRUPPE-FRA. (KONTOGRUPPERING)** | |
| 03 IDENTIFIKATION | O |
| **02 KONTO-TYPE-TIL.  (KONTO-TYPE)** | |
| 03 KODE | O |
| **02 KONTOGRUPPE-TIL. (KONTOGRUPPERING)** | |
| 03 IDENTIFIKATION | O |
| **02 HANDELSPRODUKT** | |
| 03 ISIN | F |

O = obligatorisk,  F = frivillig, / = skal ikke udfyldes

Et frivilligt felt, som ikke er udfyldt, vil automatisk blive udfyldt med default værdien ved modtagelsen i VP. (Se feltbeskrivelserne)

## Automatisk pant

### Sikkerhedsretsaftaler - generelt

**Formål:**
Sikkerhedsretsaftaler er indført i VP-systemet som et supplement til den øvrige likviditetsstillelse de afviklingsansvarlige eller primære betalingsstillere (låntagere) har etableret hos Danmarks Nationalbank eller for afviklingsansvarliges vedkommende tillige hos en primær betalingsstiller (långiveren).

Den samlede likviditet, som långiver stiller til rådighed for låntagers deltagelse i handelsafvikling i VP samt en række betalingssystemer, udgør således summen af den øvrige likviditetsstillelse og trækket på sikkerhedsretsaftalen.

Sikkerhedsretten omfatter:

- handelsafvikling i VP,
- tegning og konvertering af konvertible obligationer i VP,
- sum-clearingen (PBS),
- CLS-clearingen (valutaclearing) og
- periodiske betalinger i VP-systemet (blok 35)



SYSTEMVEJLEDNING

Den etablerede sikkerhedsretsaftale giver långiver sikkerhed for den kredit, långiver i handelsafviklingen eller et af de øvrige betalingssystemer har ydet låntager.

Ved anvendelse af sikkerhedsretsaftaler smidiggøres låntagers sikkerhedsstillelse, idet låntager stiller sikkerhed i en uspecificeret beholdning på sine egne VP-konti. Låntagers disposition over beholdningerne på VP-kontiene er således kun begrænset af, at fragange på VP-kontiene kun kan foretages, såfremt den samlede sikkerhedsværdi på sikkerhedsretsaftalen ikke bringes under det faktiske træk.

## Baggrund/Definitioner:

En sikkerhedsretsaftale indgås mellem en långiver og en låntager. Långiver er den deltager, der stiller et trækningsmaksimum for den omfattede betaling til rådighed for låntager.

Långiver kan vælge at tilbyde en eller flere låntagere at oprette en sikkerhedsretsaftale. Låntageren stiller herved beholdninger på egne VP-konti (af typen afviklingsansvarlig) til sikkerhed for udnyttelse af sin kredit hos långiver.

Den kredit, långiver yder under sikkerhedsretten, er sikret af de beholdninger, der er på de af låntagers VP-konti, der er tilknyttet sikkerhedsretsaftalen.

Anvendelse af sikkerhedsretten til finansiering af handelsafvikling, tegning og konvertering af konvertible obligationer er umiddelbart omfattet af en indgået sikkerhedsretsaftale. Skal en sikkerhedsretsaftale også anvendes til finansiering af betalinger i sum-clearingen (PBS), CLS-clearingen (valutaclearing) og periodiske betalinger i VP-systemet (blok 35), skal der på sikkerhedsretsaftalen registreres separat aftale pr. betalingsformål. Disse betalingsformål kan kun tilknyttes sikkerhedsretsaftaler med Danmarks Nationalbank som långiver. Det kontoførende institut for en VP-konto tilknyttet sikkerhedsretsaftalen skal foretage denne registrering på sikkerhedsretsaftalen. Det kontoførende institut giver ved registreringen sit samtykke til, at låntager under det kontoførende instituts registreringsansvar kan foretage indrapportering af reservationsanmodninger (se afsnittet Træk på sikkerhedsretsaftalen:) og eventuelt også, at indrapporteringen kan foretages via Danmarks Nationalbanks Kronos-system.

Låntager kan disponere over beholdninger på de tilknyttede VP-konti, så længe det ligger inden for friværdien. Låntager kan herudover i forbindelse med nettoafviklingsblokke disponere over belånte værdipapirer. Sådanne beholdninger kan sælges mod at sikkerheden dækkes på anden måde.

### Nedskriv sikkerhedstræk:

Da udnyttet sikkerhedsret lægger en begrænsning på låntagers dispositionsmuligheder over beholdningerne på de tilknyttede VP-konti, kan långiver nedskrive omfanget (trækket), som låntager har udnyttet på sikkerhedsretten i takt med, at låntager inddækker den kredit, långiver har ydet.

### Fastholdelse af sikkerhedsretten:

Såfremt låntager ikke inden den aftalte tid inddækker den kredit, som långiver har ydet, kan långiver vælge at fastholde sikkerhedsretten med evt. henblik på at realisere de beholdninger, der er stillet til sikkerhed. Fastholdelsen sker ved at registrere en "fastholdelse af sikkerhedsret" eller ved henvendelse til VP's Clearing & Custody Services inden et nærmere fastsat tidspunkt, jvf. bilag over VP's afviklingsdøgn.

Se Etablering af fastholdelse af sikkerhedsret (TC20320v)

### Automatisk bortfald af sikkerhedsretten:

Långivers pant (trækket) i de belånte beholdninger bortfalder automatisk (jvf. bilag over VP's afviklingsdøgn), hvorefter låntager igen har fuld rådighed over beholdningerne på VP-kontiene.



SYSTEMVEJLEDNING

---

### Definitioner/Krav til långiver:

En långiver skal enten være Danmarks Nationalbank eller deltager med funktionen "primær betalingsstiller".
Kun Danmarks Nationalbank kan tilbyde anvendelse af sikkerhedsret til finansiering af betalinger i sum-clearingen (PBS), CLS-clearingen (valutaclearing) og periodiske betalinger i VP-systemet (blok 35).

### Tilføj handelsprodukt til positivliste:
Långiver skal oprette en "Positivliste", der indeholder de handelsprodukter, som långiver vil godtage som sikkerhed fra låntagere.

### Danmarks Nationalbank
Leverer dagligt en positivliste med de priser pr. handelsprodukt, der skal gælde for det kommende afviklingsdøgn. Positivlisten er identisk med TierListen, der også anvendes til andre låneformål i Danmarks Nationalbank.

### Øvrige långivere
skal oprette en "Positivliste", der indeholder de handelsprodukter, som långiver vil godtage som sikkerhed fra låntagere. Långiver angiver pr. handelsprodukt den værdikoefficient, som långiver vil belåne beholdninger i det givne handelsprodukt med.

Långiver har - ved sin registrering af "accept" af en sikkerhedsretsaftale - over for VP tilkendegivet, at der er indgået den i lovgivningen forudsatte aftale om sikkerhedsret med låntager, herunder långivers adgang til straksrealisation ved låntagers misligholdelse af sine betalingsforpligtelser, jf. værdipapirhandelslovens § 56.

### Definitioner/Krav til låntager:

For at en deltager kan blive låntager, skal deltageren være afviklingsansvarlig (fondshandler, storkunde eller remote member) samt i tilknytning hertil eventuelt tillige primær betalingsstiller .

### Tilknyt VP-konto til sikkerhedsretsaftale:
Registrering af låntagers tilslutning til en sikkerhedsretsaftale foretages af låntagers KI. Låntager skal således anmode sit KI om sikkerhedsretsaftale mellem långiver og låntager, samt at angive hvilke VP-konti (op til 15), der skal indgå i sikkerhedsretsaftalen. Disse VP-konti kan være registrerede under forskellige KI'er, såfremt disse hører under samme aftalehaver. En VP-konto kan ikke tilknyttes en sikkerhedsretsaftale, hvis der er registreret en dispositionsbegrænsende rettighed på VP-kontoen.

En låntager kan oprette sikkerhedsretsaftaler med flere forskellige långivere. En VP-konto kan dog kun tilknyttes én sikkerhedsretsaftale.

Sikkerhedsretsaftalen oprettes med status "inaktiv".

Registreringen af aftalen er udtryk for, at låntager over for VP har tilkendegivet, at der er indgået den i lovgivningen forudsatte aftale om sikkerhedsret med den registrerede långiver på de for dennes ordning til enhver tid gældende vilkår, herunder långivers adgang til straksrealisation ved låntagers misligholdelse af sine betalingsforpligtelser, jf. værdipapirhandelslovens § 56.

### Træk på sikkerhedsretsaftalen:

### Betalinger i forbindelse med handelsafvikling m.m:
Ved betalinger i forbindelse med handelsafvikling, tegning og konvertering af konvertible obligationer anvendes sikkerhedsretten umiddelbart, idet sikkerhedsretten er den primære finansieringskilde.
Betalinger vil blive trukket på sikkerhedsretten i den udstrækning, der er dækning i



### SYSTEMVEJLEDNING

---

sikkerhedsretsværdien. Resterende betaling bliver trukket på trækningsmaksimummet. Ved modtagelse af betalinger, bliver sikkerhedsretten primært nedbragt. Først når der ikke er trukket mere på sikkerhedsretten til finansiering af handelsafvikling, tegning og konvertering af konvertible obligationer, bliver det resterende beløb indsat på handelsafviklingskontoen (trækningsmaksimummet).

Betalinger i forbindelse med sum-clearinger, CLS-clearinger og blok 35:
Ved betalinger i forbindelse med sum-clearing (PBS), CLS-clearingen (valutaclearing) og periodiske betalinger i VP-systemet (blok 35) styrer låntageren sin anvendelse af sikkerhedsretten direkte, idet sikkerhedsretten kun anvendes, når låntageren på forhånd har reserveret *4 sikkerhedsret til det enkelte formål. Når den reserverede sikkerhedsret er bogført i Danmarks Nationalbank udgør den  -  sammen med låntagerens øvrige dispositioner (på afviklingskonto i Danmarks Nationalbank) til et bestemt formål  -  det beløb, der af Danmarks Nationalbank leveres til formålet.

Reservation af sikkerhedsret foretages ved at låntager indrapporterer en reservationsanmodning til anmeldelse (gennemførelse) på et selvvalgt tidspunkt. VP vil på det valgte tidspunkt automatisk gennemføre reservationen, såfremt betingelserne for reservation er til stede. Såfremt der ikke kan gennemføres reservation af hele det ønskede maksimale reservationsbeløb, vil beløbet automatisk blive reduceret til det beløb, der er plads til. Der sendes besked til Danmarks Nationalbank (BEC) om den foretagne reservation. Når Danmarks Nationalbank har foretaget bogføring af det reserverede beløb meddeles dette til VP, der derefter gør registreringen af reservationen i VP-systemet endelig.

Låntager har også mulighed for at oprette en stående reservationsanmodning. Det medfører, at der hver dag automatisk dannes en reservationsanmodning efter specifikationerne i den stående reservationsanmodning. Den automatiske dannelse af reservationsanmodninger finder sted i umiddelbar forlængelse af blok 10. I perioden fra afviklingsdøgnets start til den automatiske dannelse af reservationsanmodninger har fundet sted kan der ikke ændres i den stående reservationsanmodning.


Status på sikkerhedsretsaftalen:

Accept af sikkerhedsretsaftalen:
Når låntagers KI har oprettet sikkerhedsretsaftalen, kan långiver godkende denne, ved at ændre status til "accepteret". Først herefter kan sikkerhedsretsaftalen udnyttes.
Ved at anmode om ændring af status på en sikkerhedsretsaftale til "accepteret" bemyndiger det kontoførende institut låntager til at indrapportere anmeldelser til registrering på sine vegne. En sådan bemyndigelse kan også omfatte registrering gennem KRONOS-systemet.

Hvis långiver ikke ønsker, at sikkerhedsretsaftalen skal fortsætte, skal långiver ændre status til "suspenderet".

Hurtigt ophør med sikkerhedsretsaftale:
Sikkerhedsretsaftalen kan kun "suspenderes", såfremt der ikke er et aktuelt træk. Såfremt der er et aktuelt træk, skal trækket først inddækkes. Dette kan eventuelt ske ved, at långiver gennemfører en fastholdelse af sikkerhedsretten. Når trækket er 0, kan aftalen suspenderes af långiver.

Registrering af dispositionsbegrænsende rettighed:
Hvis der registreres en dispositionsbegrænsende rettighed på en eller flere af de VP-konti, der er tilknyttet sikkerhedsretsaftalen, "lukkes" sikkerhedsretsaftalen automatisk. Der kan ikke foretages nye træk på en "lukket" sikkerhedsretsaftale, ligesom fragange på samtlige de til sikkerhedsretsaftalen knyttede VP-konti vil blive afvist.

---

[4] Opmærksomheden henledes på, at når der gennemføres reservationer, skal der samtidig være adgang for andre til at anmelde vedrørende de pågældende beholdninger.

SYSTEMVEJLEDNING

Långiver kan "acceptere" sikkerhedsretsaftalen igen, såfremt rettigheden er slettet, eller VP-kontoen med rettigheden fjernes fra sikkerhedsretsaftalen.

## Loft på sikkerhedsretsaftalen:

### Lofter med faste beløb:
Sikkerhedsretsaftalen kan højst belånes med sikkerhedsretsværdien af beholdningerne. Både långiver og låntager kan registrere et loft, der angiver det maksimale træk, der må foretages på sikkerhedsretsaftalen. Låntagerloftet omfatter alene træk i forbindelse med handelsafvikling, tegning og konvertering af konvertible obligationer, hvorimod långiverloftet omfatter alle formål - altså også anvendelse af sikkerhedsret til finansiering af betalinger i sum-clearingen (PBS), CLS-clearingen (valutaclearing) og periodiske betalinger i VP-systemet (blok 35).

### Særlige lofter over reservation af sikkerhedsret:
Danmarks Nationalbank har mulighed for at lægge begrænsninger for belåning til sum-clearingen (PBS), CLS-clearingen (valutaclearing) og periodiske betalinger i VP-systemet (blok 35). Formålet med begrænsningerne er, at Danmarks Nationalbank kan styre, såfremt der opstår samspilsproblemer mellem de enkelte clearingskørsler.

### Begrænsning på registrering af reservationsanmodninger (reservationsanmodningsloft).
Danmarks Nationalbank kan lægge en begrænsning på, hvor meget den enkelte låntager samlet kan indrapportere.
Der registreres en procentsats (f.eks. 150) på sikkerhedsretsaftalen og summen af reservationsanmodninger må ikke overstige den registrerede procent af sikkerhedsværdien på indrapporteringstidspunktet. I beregningen af summen af reservationsanmodninger tages der ikke hensyn til nedskrivninger (tilbagebetalinger).

### Formålsbestemt belåningsreduktion.
Danmarks Nationalbank kan lægge en begrænsning for, hvor meget den enkelte låntager samlet kan få reserveret til et konkret formål.
Der registreres en koefficient (f.eks. 0,80) på det enkelte låneformål og summen af lån til det enkelte formål må ikke overstige sikkerhedsretsaftalens sikkerhedsværdi ganget med koefficienten.

Ovenstående muligheder for at lægge begrænsninger på en låntager er et supplement til långiverloftet.

## Informationer til Danmarks Nationalbank:

Der leveres fra systemet oplysninger til Danmarks Nationalbank til analyseformål.
Det drejer sig om følgende oplysninger:
- Reservationsanmodninger.
- Sikkerhedsretsværdi på sikkerhedsretsaftalen ved indrapportering af en reservationsanmodning og ved gennemførelse af reservationen.

## Registrering af reservationsanmodninger via Danmarks Nationalbanks Kronos-system:

Registrering af reservationsanmodninger kan foretages direkte i VP-systemet, men det kontoførende institut for en VP-konto tilknyttet sikkerhedsretsaftalen kan åbne mulighed for at indrapportere reservationsanmodninger via Danmarks Nationalbanks Kronos-system. Denne særlige mulighed er udviklet for at lette likviditetsmedarbejderes arbejde med registreringen, idet disse medarbejdere typisk anvender Kronos-systemet i forvejen, men sædvanligvis ikke registrerer i VP-systemet.

 **SYSTEMVEJLEDNING**

### Seneste tidspunkt for registrering af reservationsanmodninger:

Reservation til en kørsel skal foretages inden Danmarks Nationalbanks sidste frist for inddækning til kørslen. Disse tidspunkter er ikke registreret i VP-systemet. En reservationsanmodning vil blive registreret som endelig gennemført i VP, hvis den når frem til Danmarks Nationalbank (BEC) inden det er for sent. Kommer reservationen for sent, vil den blive afvist af Danmarks Nationalbank, og låntager vil modtage info om afvisningen fra VP-systemet. Denne fremgangsmåde er valgt for at undgå, at VP-systemet afviser en reservation, der kommer lidt for sent, men måske lige kan nå med i Danmarks Nationalbank.

I VP-systemet registreres derimod afviklingsdagens seneste klokkeslæt for gennemførelse af reservationsanmodninger. Reservationsanmodninger med reservationstid efter dette klokkeslæt på afviklingsdagen afvises. Dette forhindrer ikke, at der kan registreres reservationsanmodninger med et klokkeslæt, der hører til en ny afviklingsdag. Det er også registreret, at VP-systemet er lukket i en periode om natten. Der kan ikke registreres reservationsanmodninger med et klokkeslæt i den lukkede periode.

### Afviklingsdøgnet i VP - særskilt om sikkerhedsret og panteret

Vedligeholdelse af positivliste kan foretages **fra kl. 05.00 til kl. 16.45** med virkning for det kommende afviklingsdøgn.

| 15.00 | 15.30 | 18.00 |
|---|---|---|
| Sidste frist for fastholdelse. | Det systemmæssige bortfald af pante- og sikkerhedsretten. | Reberegning af sikkerhedsværdi på accepterede sikkerhedsretsaftaler. Nye børs- og valutakurser anvendes. |
| **Ad panteret:** Henvendelse til KI for VP-kontoen | Pantsatte beholdninger frigives og træk på sikkerhedsretsaftaler bortfalder. | Skift af afviklingsdøgn. |
| **Ad sikkerhedsret:** Etablering af fastholdelse af sikkerhedsret (TC20320v) eller henvendelse til VP's Clearing & Custody Services | | |

### Panteret

### Annullering af panteretsønske (TU20079v)

**Formål:**
At kunne annullere et registreret ønske om panteret.

**Behandling hos centraldeltager:**
Anmelder skal være enten
- identisk med anmelderen af det preadvice, hvori panteretsønsket oprindeligt er angivet
- eller
- den pengekontofører, som det registreringsnummer, der er angivet i det oprindelige preadvice, er tilknyttet

I begge tilfælde skal den oprindelige anmelder af og afsenderreference fra preadvicet angives.

 SYSTEMVEJLEDNING

Panteretsønsket kan annulleres, sålænge preadvicet ikke har
- aktuel-status =  9  (afviklet)
- aktuel-status = 10  (afvist)
- aktuel-status = 11  (annulleret)

Transaktionen kan ikke udføres, når en handelsafvikling er i gang, d.v.s. fra retsvirkningstidspunktet for en handelsafviklingskørsel er overskredet, til handelsafviklingen er afsluttet, såfremt annulleringen af panteretsønsket vedrører et preadvice, der indgår i denne handelsafvikling.

**Behandling i VP:**
Det kontrolleres,
- at anmelder er berettiget til at annullere panteretsønsket
- at panteretsønsket kan annulleres

**Uddata:**
Der dannes følgende info:

TI20179v                "Annulleret panteretsønske"

Se Systemoverblik for automatisk pant
Panteret - transaktion, indsender, infoer og modtager.

**DATAFELTER**

| 02 OPRINDELIG-ANMELDER. (DELTAGER) | |
|---|---|
| 03 IDENTIFIKATION | O |
| 02 OPRINDELIG-ANMELDELSE. (ANMELDELSE) | |
| 03 AFSENDER-REFERENCE | O |

O = obligatorisk, F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.


Nedskrivning/ophævelse af panteret (TU20080v)

**Formål:**
At nedskrive/ophæve det pant, som panthaveren har taget forbindelse med afviklingen af et køb. Nedskrivningen/ophævelsen af panteretten bør foretages i takt med, at kunden inddækker pengekontoførerens udlæg, idet der ikke kan disponeres til anden side over en pantsat beholdning.

Såfremt pengekontoføreren ikke nedskriver/ophæver panteretten, bortfalder denne automatisk på et nærmere fastsat tidspunkt på handlens afviklingsdag (se Afviklingsdøgnet i VP - særskilt om sikkerhedsret og panteret).

**Behandling hos centraldeltager:**
Anmelder skal være PK eller opdateringsrelateret for PK.

Anmelder skal angive, på hvilken VP-konto hos hvilket KI pantet ønskes nedskrevet eller ophævet. Herudover skal fondskoden (ISIN) angives.



**SYSTEMVEJLEDNING**

Anmelder angiver den mængde, hvormed pantet ønskes nedskrevet. Anmelder kan vælge at foretage hel eller delvis nedskrivning af panteretten. Anmelder kan ligeledes vælge at foretage en nedskrivning af pantet i den udtrukne og/eller den ikke-udtrukne beholdning.

Transaktionen kan ikke udføres, når en handelsafvikling er i gang, d.v.s. fra retsvirkningstidspunktet for en handelsafviklingskørsel er overskredet, til handelsafviklingen er afsluttet.

**Behandling i VP:**
Det kontrolleres,
- at anmelder er berettiget til at nedskrive/ophæve pantet
- at nedskrivningen af pantet er mindre end eller lig med panteretten

**Uddata:**
Der dannes følgende info:

TI20180v                  "Nedskrevet/ophævet panteret"

Se "Systemoverblik for automatisk pant
Panteret - transaktion, indsender, infoer og modtager".

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
|    03 AFSENDER-REFERENCE | O |
| 02 PENGEKONTOFOERER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 KI. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO. | |
|    03 NUMMER | O |
| 02 HANDELSPRODUKT. | |
|    03 ISIN | O |
| 02 AENDRING. (PANTSAT-BEHOLDNING) | |
|    03 IKKE-UDTRUKKET-MAENGDE | O |
|    03 UDTRUKKET-MAENGDE | O |

O = obligatorisk, F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

Vis panteret pr. panthaver (TR20090v)

**Formål:**
At give det kontoførende institut mulighed for at se, hvilke pengekontoførere der har taget pant i en beholdning på en given VP-konto, samt hvor stort pantet i givet fald er.

**Behandling hos centraldeltager:**
Anmelder skal være KI'en for den pågældende beholdning eller læse- eller opdateringsrelateret for denne KI.

Forespørgslen viser pengekontoførernes CD-identer i stigende orden med tilsvarende pantsat mængde i hhv. den ikke-udtrukne og den udtrukne beholdning.

SYSTEMVEJLEDNING

**Særlige bemærkninger:**
Der kan maksimalt vises 75 pengekontoførere.

**Behandling i VP:**
Der foretages kun adgangsmæssige kontroller.

**Uddata:**
Der dannes følgende info:

TI20193v            "Panteret pr. panthaver"

Se Systemoverblik for automatisk pant
Panteret - transaktion, indsender, infoer og modtager.

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE. | |
| 03 AFSENDER-REFERENCE | O |
| 02 KI. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO. | |
| 03 NUMMER | O |
| 02 HANDELSPRODUKT. | |
| 03 ISIN | O |

O = obligatorisk, F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

Sikkerhedsretten

**Tilføj handelsprodukt på positivliste (TC20085v)**
Transaktionen anvendes af andre långivere end Danmarks Nationalbank.
Danmarks Nationalbank indsender dagligt en komplet positivliste (TierListen).

**Formål:**
At oprette en liste over, hvilke handelsprodukter en långiver vil belåne under de sikkerhedsretsaftaler, som låntagere indgår med långiver.

**Behandling hos centraldeltager:**
Anmelder for långiver skal være betalingsstiller (BS) med et trækningsmaksimum i clearingbanken eller være opdateringsrelateret for långivers betalingsstiller. CD-identen for långiveren er CD-identen for dennes aftalehaver.

På positivlisten registreres de handelsprodukter, långiver vil belåne under sikkerhedsretsaftalerne.
Følgende handelsprodukter kan ikke registreres på en positivliste:
- A-retter  (aktietype 1)
- T-retter  (aktietype 2)

For hvert handelsprodukt skal angives:



## SYSTEMVEJLEDNING

- en værdikoefficient som skal være større end 0 og mindre end eller lig med 1. Værdikoefficienten anvendes sammen med børskursen til at beregne sikkerhedsretsaftalens totale værdi.

(Se Beregning af sikkerhedsretsværdien af sikkerhedsretsaftaler)

- en markeds-identifikationskode som fortæller, fra hvilken fondsbørs kursen til beregning af sikkerhedsværdien skal hentes (indtil videre kun NASDAQ OMX)

Der skal oprettes én positivliste pr. långiver. Det vil sige at de handelsprodukter og værdikoefficienter, långiver registrerer på positivlisten, vil være gældende for samtlige sikkerhedsretsaftaler, långiver indgår med låntagere.

Positivlisten kan opdateres dagligt i et nærmere specificeret tidsrum. Tidsrummet fremgår af bilag over VP's afviklingsdøgn.

Registrering af nye handelsprodukter på positivlisten får virkning for sikkerhedsretsaftalerne fra førstkommende skift af afviklingsdøgn.

Behandling i VP:
Det kontrolleres
- at anmelder opfylder kriterierne for at kunne oprette en positivliste
- at handelsproduktet må tilknyttes positivlisten, d.v.s.
at handelsproduktet ikke er af typen A-ret eller T-ret
- at værdikoefficienten er større end 0 og mindre end eller lig med 1
- at den angivne markeds-identifikationskode er gyldig

Uddata:
Der dannes følgende info:

TI20187v            "Tilføjelse på positivliste"

Se Sikkerhedsaftaler - positivlisten - transaktion, indsender, infoer og modtager

DATAFELTER

| 02 ANMELDELSE | |
|---|---|
|    03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 HANDELSPRODUKT. | |
|    03 ISIN | O |
| 02 POSITIVLISTE. | |
|    03 VAERDI-KOEFFICIENT | O |
|    03 MARKEDS-IDENTIFIKATIONS-KODE | O |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

## Ændring af værdikoefficient og/eller markeds-identifikationskode på handelsprodukt på positivliste (TU20085v)

Transaktionen anvendes af andre långivere end Danmarks Nationalbank.
Danmarks Nationalbank indsender dagligt en komplet positivliste (TierListen).



### SYSTEMVEJLEDNING

**Formål:**
At ændre værdikoefficient og/eller markeds-identifikationskode på et handelsprodukt på positivlisten.

**Behandling hos centraldeltager:**
Anmelder for långiver skal være betalingsstiller (BS) med et trækningsmaksimum i clearingbanken eller være opdateringsrelateret for långivers betalingsstiller. CD-identen for långiveren er CD-identen for dennes aftalehaver.

Værdikoefficienten kan ændres til en værdi større end 0 og mindre end eller lig med 1.

Indtil videre kan markeds-identifikationskoden, som fortæller, fra hvilken fondsbørs kursen til beregning af sikkerhedsværdien skal hentes (indtil videre kun NASDAQ OMX), ikke ændres.

Ændringer af positivlisten kan foretages dagligt i et nærmere specificeret tidsrum. Tidsrummet fremgår af bilag over VP's afviklingsdøgn.

Ændring af værdikoefficienter på handelsprodukter på positivlisten får virkning for sikkerhedsretsaftalerne fra førstkommende skift af afviklingsdøgn.

**Behandling i VP:**
Det kontrolleres
- at anmelder opfylder kriterierne for at kunne ændre værdikoefficienten
- at den ændrede værdikoefficient er større end 0 og mindre end eller lig med 1
- at den angivne markeds-identifikationskode er gyldig

**Uddata:**
Der dannes følgende info:

TI20196v           "Ændret koefficient og/eller markeds-identifikationskode på positivliste"

Se Sikkerhedsaftaler - positivlisten - transaktion, indsender, infoer og modtager

### DATAFELTER

| | |
|---|---|
| **02 ANMELDELSE** | |
| **03 AFSENDER-REFERENCE** | O |
| **02 LAANGIVER. (DELTAGER)** | |
| **03 IDENTIFIKATION** | O |
| **02 HANDELSPRODUKT** | |
| **03 ISIN** | O |
| **02 POSITIVLISTE.** | |
| **03 VAERDI-KOEFFICIENT** | O |
| **03 MARKEDS-IDENTIFIKATIONS-KODE** | O |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

### Sletning af handelsprodukt på positivliste (TD20085v)
Transaktionen anvendes af andre långivere end Danmarks Nationalbank.



**SYSTEMVEJLEDNING**

---

Danmarks Nationalbank indsender dagligt en komplet positivliste (TierListen).

**Formål:**
At fjerne handelsprodukter fra positivlisten.

Långivers positivliste slettes ved fjernelse af samtlige handelsprodukter.

**Behandling hos centraldeltager:**
Anmelder for långiver skal være betalingsstiller (BS) med et trækningsmaksimum i clearingbanken eller være opdateringsrelateret for långivers betalingsstiller. CD-identen for långiveren er CD-identen for dennes aftalehaver.

Sidste handelsprodukt på positivlisten kan kun fjernes, såfremt der ikke eksisterer sikkerhedsretsaftaler accepteret af den pågældende långiver, idet fjernelse af sidste handelsprodukt på positivlisten sidestilles med deltagerens ophør som långiver.

Fjernelse af handelsprodukter på positivlisten kan foretages dagligt i et nærmere specificeret tidsrum. Tidsrummet fremgår af bilag over VP's afviklingsdøgn.

Fjernelse af et handelsprodukt fra positivlisten får virkning for sikkerhedsretsaftalerne fra førstkommende skift af afviklingsdøgn.

**Behandling i VP:**
Det kontrolleres
- at anmelder opfylder kriterierne for at kunne fjerne handelsprodukter fra positivlisten

Ved sletning af sidste handelsprodukt på positivlisten kontrolleres også
- at der ikke findes sikkerhedsretsaftaler accepteret af den pågældende långiver

**Uddata:**
Der dannes følgende info:

TI20195v              "Fjernet fra positivliste"

Se Sikkerhedsaftaler - positivlisten - transaktion, indsender, infoer og modtager

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 HANDELSPRODUKT. | |
| 03 ISIN | O |
| 02 POSITIVLISTE | |
| 03 VAERDI-KOEFFICIENT | F |
| 03 MARKEDS-IDENTIFIKATIONS-KODE | F |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.



**SYSTEMVEJLEDNING**

---

## Vis positivliste (TR20089v)

Transaktionen kan vise positivlister fra andre långivere end Danmarks Nationalbank.

**Formål:**
At kunne se, hvilke handelsprodukter med tilhørende værdikoefficienter og markeds-identifikationskoder, der er på en positivliste for en given betalingsstiller (BS) med et trækningsmaksimum i clearingbanken. Den viste positivliste er den senest indrapporterede også selv om listen først benyttes ved beregning af sikkerhedsretsværdi i det næste afviklingsdøgn.

**Behandling hos centraldeltager:**
Låntagere, låntagernes KI'er eller spørge-/opdate-ringsrelaterede KI'er for låntagere, der har en accepteret sikkerhedsretsaftale med en långiver, kan forespørge på långivers positivliste.

Långivers betalingsstiller (BS) kan ligeledes forespørge.

Der kan forespørges på enten alle handelsprodukter på positivlisten eller på et interval af handelsprodukter.

**Behandling i VP:**
Der foretages kun adgangsmæssige kontroller.

**Uddata:**
Der dannes følgende info:

TI20192v            "Handelsprodukt på positivliste"

Se Sikkerhedsaftaler - positivlisten - transaktion, indsender, infoer og modtager

**Bemærk:**
For deltagere, der anvender VP-standardterminal, vises de første 100 forekomster på hele positivlisten eller i det valgte interval.

For deltagere, der sender transaktionen via datacenter, fremsendes en info pr. forekomst på positivlisten uanset et evt. angivet interval.

### DATAFELTER

| | |
|---|---|
| 02 ANMELDELSE | |
|    03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 FRA INTERVAL. (HANDELSPRODUKT) | |
|    03 ISIN | F |
| 02 TIL INTERVAL. (HANDELSPRODUKT) | |
|    03 ISIN | F |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.



**SYSTEMVEJLEDNING**

---

## Vis afviklingsdagens positivliste for sikkerhedsret (TR20225v)

**Formål:**
At kunne se hvilke handelsprodukter med tilhørende værdikoefficienter, markeds-identifikationskoder og belåningskurser der er på en given långivers positivliste. Den viste positivliste er den fastfrosne liste pr. afviklingsdøgnets start. Denne fastfrosne positivliste, der dannes ved afviklingsdøgnets start, danner grundlag for hele afviklingsdøgnets belåning.

**Funktionalitet:**
Låntagere, låntagernes KI'er eller spørge-/opdateringsrelaterede KI'er for låntagere, der har en accepteret sikkerhedsretsaftale med en långiver, kan forespørge på långivers positivliste.

Långivers betalingsstiller (BS) kan ligeledes forespørge.

For deltagere, der anvender VP-standardterminal, vises de første 100 forekomster på positivlisten eller i det valgte interval.

For deltagere, der sender transaktionen via datacenter, fremsendes en info pr. forekomst på positivlisten.

Der kan spørges på den aktuelle afviklingsdags positivliste og på positivlisten, der var gældende den foregående afviklingsdag.

**Behandling i VP:**
Der foretages kun adgangsmæssige kontroller.

**Bemærk:**
Der vises ikke værdikoefficienter og markeds-identifikationskoder på Danmarks Nationalbanks positivliste, da den daglige belåningskurs indrapporteres direkte.

**VP-standardsystem:**
D259 anvendes

**Uddata:**
Der dannes følgende info:

TI20204v            "Handelsprodukt på afviklingsdagens positivliste"

Se Sikkerhedsaftaler - positivlisten - transaktion, indsender, infoer og modtager

### DATAFELTER

| | |
|---|---|
| **02 ANMELDELSE** | |
|    **03 AFSENDER-REFERENCE** | O |
| **02 LAANGIVER. (DELTAGER)** | |
|    **03 IDENTIFIKATION** | O |
| **02 AFVIKLINGSDAG** | |
|    **03 AFVIKLINGSDATO** | O |
| **02 VALUTA** | |
|    **03 ISO-KODE** | O |

O = obligatorisk,  F = frivillig



**SYSTEMVEJLEDNING**

---

## Tilknyt VP-konto til sikkerhedsretsaftale (TC20086v)

**Formål:**
At tilknytte VP-konti til en sikkerhedsretsaftale. Ved tilknytning af første VP-konto oprettes sikkerhedsretsaftalen.

**Behandling hos centraldeltager:**
Låntagers KI eller et opdateringsrelateret KI skal foretage registreringer vedr. sikkerhedsretsaftaler på vegne af låntager.

**Oprettelse:**
Ved oprettelse af en sikkerhedsretsaftale skal angives mindst én VP-konto. VP-kontoen skal have afviklingsgruppe "afviklingsansvarlig".

På sikkerhedsretsaftalen skal låntager angive en loft-indikator og et evt. låntagerloft. Hvis loft-indikator er JA, betyder det, at låntager ønsker at begrænse trækket under sikkerhedsretsaftalen til det i loftet angivne beløb, som kan sættes til 0. Hvis loft-indikator er NEJ, betyder det, at låntager ikke ønsker at begrænse trækket under sikkerhedsretsaftalen.

**Vedligehold:**
Der kan knyttes flere VP-konti til samme sikkerhedsretsaftale, forudsat at KI for de tilknyttede VP-konti hører under samme aftalehaver.

Tilknytning af flere VP-konti kan ske uanset sikkerhedsretsaftalens status. (Om status, se Teknisk vejledning, 7 Feltbeskrivelser S, Sikkerhedsretsaftale).

Det skal bemærkes, at tilknytning af en ny VP-konto til en sikkerhedsretsaftale kan ske samtidig med angivelse af en ændret loft-indikator og loft for låntager. For validering af ændringer af loft-indikator og loft, se "Ændre låntagerloft (TU20086v)".

Der kan maksimalt knyttes 15 VP-konti til én sikkerhedsretsaftale.

**Særlige bestemmelser:**
Låntager kan have flere sikkerhedsretsaftaler med forskellige långivere, men kun én sikkerhedsretsaftale pr. valuta med hver långiver. De enkelte VP-konti kan kun være tilknyttet én sikkerhedsretsaftale.VP-konti med dispositionsbegrænsende rettigheder kan ikke tilknyttes en sikkerhedsretsaftale.Tilknytning af VP-konti til en sikkerhedsretsaftale kan ikke ske, når en handelsafvikling er i gang, d.v.s. fra retsvirkningstidspunktet for en handelsafviklingskørsel er overskredet, til handelsafviklingen er afsluttet.

**Behandling i VP:**
Det kontrolleres,
- at anmelder opfylder kriterierne for at kunne foretage registreringen
- at der ikke er oprettet andre sikkerhedsretsaftaler mellem långiver og låntager i den aktuelle valuta
- at KI for alle tilknyttede VP-konti hører under samme aftalehaver
- at de tilknyttede VP-konti har afviklingsgruppe "afviklingsansvarlig"
- at der ikke er registreret dispositionsbegrænsende rettigheder på den VP-konto, der søges tilknyttet
- at der maksimalt tilknyttes 15 VP-konti til én sikkerhedsretsaftale
- at en VP-konto ikke er tilknyttet en anden sikkerhedsretsaftale
- at låntagerloft er udfyldt med beløb (evt. 0), såfremt loft-indikator er JA
- at låntagerloft ikke er udfyldt med beløb, såfremt loft-indikator er NEJ
- at evt. ændring af loft-indikator og loft for låntager ikke medfører, at låntagerloftet bliver mindre end det aktuelle træk på sikkerhedsretsaftalen



SYSTEMVEJLEDNING

---

**Uddata:**
Følgende infoer kan dannes:

| TI20183v | "Depot tilknyttet sikkerhedsretsaftale" |
| TI20219v | "Ændret sikkerhedsretsværdi" |
| TI20191v | "Ændret låntagerloft" |
| TI20192v | "Handelsprodukt på positivliste" |

Se Sikkerhedsaftaler - låntagersiden - transaktion, indsender, infoer og modtager

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
|    03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTGER) | |
|    03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VALUTA | |
|    03 ISO-KODE | O |
| 02 KI. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO. | |
|    03 NUMMER | O |
| 02 SIKKERHEDSRETSAFTALE. | |
|    03 LAANTAGER-LOFT-INDIKATOR | O |
|    03 LAANTAGER-LOFT | O |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

**Ændre låntagerloft (TU20086v)**
**Formål:**
At ændre låntagerloftet på en sikkerhedsretsaftale.

**Behandling hos centraldeltager:**
Låntagers KI eller et opdateringsrelateret KI skal foretage ændringer af låntagerloft.

Såfremt loft-indikator ændres fra JA til NEJ, skal låntagerloftet udfyldes med/nedskrives til 0, idet en ændring af loft-indikator til NEJ betyder, at den totale sikkerhedsretsværdi af de tilknyttede VP-konti må anvendes under sikkerhedsretsaftalen.

Såfremt loft-indikator ændres fra NEJ til JA, skal låntagerloftet udfyldes. Loftet kan udfyldes med 0. Loftet kan dog ikke ændres til en værdi lavere end det aktuelle træk på sikkerhedsretsaftalen. Efter udløb af sikkerhedsretten kan loftet frit fastsættes, evt. til 0.

Transaktionen kan ikke udføres, når en handelsafvikling er i gang, d.v.s. fra retsvirkningstidspunktet for en handelsafviklingskørsel er overskredet, til handelsafviklingen er afsluttet.



**SYSTEMVEJLEDNING**

**Behandling i VP:**
Det kontrolleres
- at anmelder må foretage ændring af låntagerloft
- at ændring af loft-indikator og loft ikke medfører, at loftet bliver mindre end det aktuelle træk på sikkerhedsretsaftalen

**Uddata:**
Følgende infoer dannes:

TI20191v                    "Ændret låntagerloft"

Se Sikkerhedsaftaler - låntagersiden - transaktion, indsender, infoer og modtager

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE | |
|    03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTGAER) | |
|    03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VALUTA | |
|    03 ISO-KODE | O |
| 02 KI. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO. | |
|    03 NUMMER | O |
| 02 SIKKERHEDSRETSAFTALE. | |
|    03 LAANTAGER-LOFT-INDIKATOR | O |
|    03 LAANTAGER-LOFT | O |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

**Fjern VP-konto fra sikkerhedsretsaftale (TD20086v)**

**Formål:**
At fjerne en VP-konto fra en sikkerhedsretsaftale.

**Behandling hos centraldeltager:**
Låntagers KI eller et opdateringsrelateret KI skal foretage fjernelsen af en/flere VP-konti fra sikkerhedsretsaftalen på vegne af låntager.

Den VP-konto, der ønskes fjernet fra sikkerhedsretsaftalen, angives. Såfremt der er et træk på sikkerhedsretsaftalen, må fjernelsen af VP-kontoen ikke medføre, at den totale sikkerhedsretsværdi herefter bliver lavere end trækket.

Det er ikke muligt at fjerne VP-konti fra sikkerhedsretsaftaler i status "lukket", såfremt der eksisterer et aktuelt træk på sikkerhedsretsaftalen. (Sikkerhedsretsaftalen får status "lukket", når der registreres en dispositionsbegrænsende rettighed på en VP-konto tilknyttet sikkerhedsretsaftalen.)



**SYSTEMVEJLEDNING**

---

Såfremt sikkerhedsretsaftalen ønskes slettet, sker dette ved at fjerne samtlige VP-konti fra sikkerhedsretsaftalen.

Transaktionen kan ikke udføres, når en handelsafvikling er i gang, d.v.s. fra retsvirkningstidspunktet for en handelsafviklingskørsel er overskredet, til handelsafviklingen er afsluttet.

**Behandling i VP:**
Det kontrolleres,
- at anmelder opfylder kriterierne for at kunne foretage registreringen
- at den totale sikkerhedsretsværdi efter fjernelse af en VP-konto ikke bliver mindre end det aktuelle træk på sikkerhedsretsaftalen
- at der ikke eksisterer et aktuelt træk på sikkerhedsretsaftalen, såfremt denne er i status "lukket"

**Uddata:**
Følgende infoer kan dannes:

| | |
|---|---|
| TI20186v | "Depot fjernet fra sikkerhedsretsaftale" |
| TI20219v | "Ændret sikkerhedsretsværdi" |

Se Sikkerhedsaftaler - låntagersiden - transaktion, indsender, infoer og modtager

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE | |
|    03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VALUTA | |
|    03 ISO-KODE | O |
| 02 KI. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO. | |
|    03 NUMMER | O |
| 02 SIKKERHEDSRETSAFTALE. | |
|    03 LAANTAGER-LOFT-INDIKATOR | F |
|    03 LAANTAGER-LOFT | F |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

Vis sikkerhedsretsaftale (TR20083v)

**Formål:**
At informere anmelderen om, hvilke VP-konti der er tilknyttet en given sikkerhedsretsaftale samt aftalens status. Desuden vises sikkerhedsretsværdien af de tilknyttede VP-konti samt låntagerloft og långiverloft.

**Behandling hos centraldeltager:**
Låntager, låntagers KI eller et spørge-/opdateringsrelateret KI kan forespørge på sikkerhedsretsaftalen.



**S**YSTEM**V**EJLEDNING

---

**Behandling i VP:**
Der foretages kun adgangsmæssige kontroller.

**Uddata:**
Følgende info dannes:

TI20188v          "Oplysning om en sikkerhedsretsaftale"

Se Sikkerhedsaftaler - låntagersiden - transaktion, indsender, infoer og modtager

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE | |
|    03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VALUTA | |
|    03 ISO-KODE | O |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

## Accept af sikkerhedsretsaftale (TC20087v)

**Formål:**
At bekræfte den af låntagers KI oprettede sikkerhedsretsaftale. Ved accept af sikkerhedsretsaftalen skal der samtidig indlægges indikator for långiverloft samt evt. långiverloft.

**Behandling hos centraldeltager:**
Långivers betalingsstiller (BS) skal acceptere sikkerhedsretsaftaler på långivers vegne.

Ved accept af en sikkerhedsretsaftale skal angives en indikator for långiverloft. Hvis indikator for långiverloft er NEJ, kan långiverloft ikke udfyldes. Hvis indikator for långiverloft er JA, skal långiverloft udfyldes med det maksimale træk, som långiver vil acceptere på sikkerhedsretsaftalen. Långiverloftet kan sættes til 0.

En sikkerhedsretsaftale kan accepteres, såfremt der på til sikkerhedsretsaftalen knyttede VP-konti ikke er registreret dispositionsbegrænsende rettigheder.

Transaktionen kan ikke udføres, når en handelsafvikling er i gang, d.v.s. fra retsvirkningstidspunktet for en handelsafviklingskørsel er overskredet, til handelsafviklingen er afsluttet.

**Behandling i VP:**
Det kontrolleres,
- at anmelder opfylder kriterierne for at kunne foretage registreringen
- at långiverloftindikator er udfyldt
- at långiverloft er udfyldt (evt. med værdien 0), såfremt långiver- loftindikator er JA
- at der ikke er registreret dispositionsbegrænsende rettigheder på de til sikkerhedsretsaftalen knyttede VP-konti



**S**YSTEMVEJLEDNING

Derudover beregnes sikkerhedsretsværdien af sikkerhedsretsaftalen

**Uddata**:
Følgende infoer **kan** dannes:

| | |
|---|---|
| TI20219v | "Ændret sikkerhedsretsværdi" |
| TI20190v | "Ændret sikkerhedsretsaftale (långiveroplysninger)" |

Se Sikkerhedsaftaler - låntagersiden - transaktion, indsender, infoer og modtager

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE | |
| 03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 VALUTA | |
| 03 ISO-KODE | O |
| 02 SIKKERHEDSRETSAFTALE. | |
| 03 LAANGIVER-LOFT-INDIKATOR | O |
| 03 LAANGIVER-LOFT | O |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

**Ændring af långiverloft (TU20087v)**
**Formål**:
At ændre långiverloftet på en sikkerhedsretsaftale.

**Behandling hos centraldeltager**:
Långivers betalingsstiller (BS) skal ændre långiverloftet på långivers vegne.

Såfremt loft-indikator ændres fra JA til NEJ, skal långiverloftet udfyldes med/nedskrives til 0, idet en ændring af loft-indikator til NEJ betyder, at långiver ikke ønsker at begrænse det træk, låntager kan foretage under den totale sikkerhedsretsværdi.

Såfremt loft-indikator ændres fra NEJ til JA, skal långiverloftet udfyldes. Loftet kan udfyldes med 0. Loftet kan dog ikke ændres til en værdi lavere end det aktuelle træk på sikkerhedsretsaftalen. Efter udløb af sikkerhedsretten kan loftet frit fastsættes, evt. til 0.

Transaktionen kan ikke udføres, når en handelsafvikling er i gang, d.v.s. fra retsvirkningstidspunktet for en handelsafviklingskørsel er overskredet, til handelsafviklingen er afsluttet.

**Behandling i VP**:
Det kontrolleres
• at anmelder opfylder kriterierne for at kunne foretage registreringen



SYSTEMVEJLEDNING

---

- at ændring af loft-indikator og loft ikke medfører, at loftet bliver mindre end det aktuelle træk på sikkerhedsretsaftalen

**Uddata:**
Følgende info dannes:

Tl20212v            "Ændret långiverloft"

Se Sikkerhedsaftaler - låntagersiden - transaktion, indsender, infoer og modtager

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE | |
|     03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTGER) | |
|     03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | |
|     03 IDENTIFIKATION | O |
| 02 VALUTA | |
|     03 ISO-KODE | O |
| 02 SIKKERHEDSRETSAFTALE. | |
|     03 LAANGIVER-LOFT-INDIKATOR | O |
|     03 LAANGIVER-LOFT | O |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

---

**Fjern accept fra (suspender) sikkerhedsretsaftale (TD20087v)**

**Formål:**
At fjerne långivers bekræftelse af en sikkerhedsretsaftale. Dermed kan låntager ikke foretage yderligere træk på sikkerhedsretsaftalen.

**Behandling hos centraldeltager:**
Långivers betalingsstiller (BS) skal suspendere en sikkerhedsretsaftale på långivers vegne.

Fjernelse af accepten fra en sikkerhedsretsaftale medfører suspension af aftalen. Suspension af sikkerhedsretsaftalen kan kun foretages, såfremt der ikke er et aktuelt træk på aftalen.

En aftale med status "lukket" kan ikke suspenderes. (Om status, se Teknisk vejledning, 07 Feltbeskrivelser S, Sikkerhedsretsaftale).

Transaktionen kan ikke udføres, når en handelsafvikling er i gang, d.v.s. fra retsvirkningstidspunktet for en handelsafviklingskørsel er overskredet, til handelsafviklingen er afsluttet.

**Behandling i VP:**
Det kontrolleres
- at anmelder opfylder kriterierne for at kunne foretage registreringen
- at der ikke er et aktuelt træk på sikkerhedsretsaftalen



**SYSTEMVEJLEDNING**

---

**Uddata**:
Følgende info dannes:

TI20190v            "Ændret sikkerhedsretsaftale (långiveroplysninger)"

Se Sikkerhedsaftaler - låntagersiden - transaktion, indsender, infoer og modtager

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 VALUTA | |
| 03 ISO-KODE | O |
| 02 SIKKERHEDSRETSAFTALE. | |
| 03 LAANGIVER-LOFT-INDIKATOR | F |
| 03 LAANGIVER-LOFT | F |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

## Vis sikkerhedsværdi af fremtidige handler (TR20095v)

**Formål:**
At give låntager og låntagers KI et vejledende overblik over sikkerhedsretsværdien af de handler, der ligger til afvikling på en given afviklingsdag.

**Behandling hos centraldeltager:**
Låntager, låntagers KI eller en spørge-/opdateringsrelateret for låntagers KI kan forespørge på sikkerhedsretsværdien af fremtidige handler.

Sikkerhedsretsaftalens långiver, låntager og valuta samt den ønskede afviklingsdag skal angives.

Den beregnede sikkerhedsretsværdi af de fremtidige handler vedrører handler til den givne afviklingsdag, der har fundet makker og er i handelsprodukter, der er omfattet af långivers positivliste.

Af svaret på forespørgslen fremgår både sikkerhedsretsværdien af den **nuværende** beholdning og sikkerhedsretsværdien af fremtidige handler med den ønskede afviklingsdag. Sikkerhedsretsværdien af beholdningen er den på forespørgselstidspunktet registrerede sikkerhedsretsværdi.
Sikkerhedsretsværdien af handler pr. den nuværende afviklingsdag beregnes på grundlag af dagens fastlåste positivliste. Spørger man på sikkerhedsretsværdien af handler til en fremtidig afviklingsdag (typisk med henblik på aftenens og nattens afviklingskørsler) beregnes værdien på grundlag af den senest modtagne positivliste og de senest modtagne børs- og valutakurser.
Da långivers positivliste (herunder priser og værdikoefficienter) samt børs- og valutakurser m.v. evt. kan ændres inden en fremtidig afviklingsdag, vil den beregnede sikkerhedsretsværdi af de fremtidige handler kun være en indikation af den endelige sikkerhedsretsværdi af handlerne pr. den pågældende afviklingsdag.



### SYSTEMVEJLEDNING

---

Den beregnede sikkerhedsretsværdi af de fremtidige handler er et nettobeløb. Værdien 0 kan enten afspejle, at nettovirkningen er 0, eller at der ingen handler er i handelsprodukter på den nuværende positivliste til den pågældende afviklingsdag.

Sikkerhedsretsværdien af den nuværende beholdning er som nævnt ovenfor den på forespørgselstidspunktet senest registrerede sikkerhedsretsværdi. Opmærksomheden henledes på, at denne værdi ændres ved efterfølgende beholdningsændringer på VP-kontiene under sikkerhedsretsaftalen. Sikkerhedsretsværdien af den nuværende beholdning kan ligeledes blive ændret i forbindelse med skift af afviklingsdøgn, hvor der sker en reberegning af samtlige accepterede sikkerhedsretsaftalers sikkerhedsretsværdi. (Se i øvrigt Beregning af sikkerhedsretsværdien af sikkerhedsretsaftaler)

**Behandling i VP:**
Der foretages kun adgangsmæssige kontroller.

**Uddata:**
Følgende info dannes:

TI20194v            "Sikkerhedsretsværdi af fremtidige handler"

Se Sikkerhedsaftaler - låntagersiden - transaktion, indsender, infoer og modtager

### DATAFELTER

| | |
|---|---|
| **02 ANMELDELSE** | |
| **03 AFSENDER-REFERENCE** | O |
| **02 LAANGIVER. (DELTAGER)** | |
| **03 IDENTIFIKATION** | O |
| **02 LAANTAGER. (DELTAGER)** | |
| **03 IDENTIFIKATION** | O |
| **02 VALUTA** | |
| **03 ISO-KODE** | O |
| **02 AFVIKLINGSDAG.** | |
| **03 AFVIKLINGSDATO** | O |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

### Vis sikkerhedsværdi af fremtidige handler uden penge (TR20361v)

**Formål:**
Til beregning af bufferkrav. Giver låntager og låntags KI et vejledende overblik over sikkerhedsretsværdien af de handler uden penge, der ligger til afvikling på en given afviklingsdag.

Bruges til at korrigere tallene i TR20095v, Vis sikkerhedsretsværdi af fremtidige handler (Vis sikkerhedsværdi af fremtidige handler (TR20095v)).

**Behandling hos centraldeltager:**
Låntager, låntags KI eller en spørge-/opdateringsrelateret for låntags KI kan forespørge på sikkerhedsretsværdien af fremtidige handler uden penge.

Sikkerhedsretsaftalens långiver, låntager og valuta samt den ønskede afviklingsdag skal angives.

 **SYSTEMVEJLEDNING**

Den beregnede sikkerhedsretsværdi af de fremtidige handler uden penge vedrører handler til den givne afviklingsdag, der har fundet makker og er i handelsprodukter, der er omfattet af långivers positivliste

Af svaret på forespørgslen fremgår sikkerhedsretsværdien af til- og fragange i form af CSD-handler uden penge (handler med udenlandske værdipapircentraler) samt sikkerhedsretsværdien af øvrige fremtidige handler uden penge med den ønskede afviklingsdag.

Sikkerhedsretsværdien af handler pr. den nuværende afviklingsdag beregnes på grundlag af dagens fastlåste positivliste. Spørger man på sikkerhedsretsværdien af handler til en fremtidig afviklingsdag (typisk med henblik på aftenens og nattens afviklingskørsler) beregnes værdien på grundlag af den senest modtagne positivliste og de senest modtagne børs- og valutakurser.

Da långivers positivliste (herunder priser og værdikoefficienter) samt børs- og valutakurser m.v. evt. kan ændres inden en fremtidig afviklingsdag, vil den beregnede sikkerhedsretsværdi af de fremtidige handler kun være en indikation af den endelige sikkerhedsretsværdi af handlerne pr. den pågældende afviklingsdag.

Den beregnede sikkerhedsretsværdi af de fremtidige handler uden penge er et nettobeløb. Værdien 0 kan enten afspejle, at nettovirkningen er 0, eller at der ingen handler er i handelsprodukter på den nuværende positivliste til den pågældende afviklingsdag.

**Behandling i VP:**
Der foretages kun adgangsmæssige kontroller.

**Uddata:**
Følgende info dannes:

TI20210v          "Sikkerhedsværdien af fremtidige handler uden penge"

Se Sikkerhedsaftaler - låntagersiden - transaktion, indsender, infoer og modtager

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE | |
|   03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | |
|   03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | |
|   03 IDENTIFIKATION | O |
| 02 VALUTA | |
|   03 ISO-KODE | O |
| 02 AFVIKLINGSDAG | |
|   03 AFVIKLINGSDATO | O |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.



SYSTEMVEJLEDNING

---

## Nedskriv sikkerhedsretstræk (TU20084v)

**Formål:**
Efterhånden som låntager afregner handelsbeløb med långiver, bør långiver nedskrive det træk, låntager har foretaget på sikkerhedsretsaftalen. Låntager får således dispositionsretten over beholdningerne på de til sikkerhedsretsaftalen knyttede VP-konti tilbage, inden det automatiske udløb af sikkerhedsretten finder sted jvf. Afviklingsdøgnet i VP - særskilt om sikkerhedsret og panteret.

**Behandling hos centraldeltager:**
Långivers betalingsstiller (BS) kan foretage en nedskrivning af det træk, låntager har haft på sikkerhedsretsaftalen i forbindelse med afviklingen af handler.

Långiver angiver det beløb, trækket skal nedskrives med. Trækket kan nedskrives helt eller delvist. Trækket kan ikke nedskrives med et større beløb, end der er trukket. Trækket kan ikke opskrives.

Transaktionen kan ikke udføres, når en handelsafvikling er i gang, d.v.s. fra retsvirkningstidspunktet for en handelsafviklingskørsel er overskredet, til handelsafviklingen er afsluttet.

**Behandling i VP:**
Det kontrolleres,
- at anmelder opfylder kriterierne for at kunne foretage registreringen
- at nedskrivningen af sikkerhedsretstrækket ikke overstiger det faktiske træk

**Uddata:**
Følgende info dannes:

TI20184v               "Status på sikkerhedsretstræk"

Se Sikkerhedsaftaler - låntagersiden - transaktion, indsender, infoer og modtager

## DATAFELTER

| 02 ANMELDELSE | |
|---|---|
|    03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VALUTA | |
|    03 ISO-KODE | O |
| 02 AENDRING. (SIKKERHEDSRETSAFTALE-TRAEK) | |
|    03 BELOEB | O |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

## Etablering af fastholdelse af sikkerhedsret (TC20320v)
**Formål:**
At fastholde den sikkerhed, låntager har stillet over for långiver.

SYSTEMVEJLEDNING

---

Långiver skal fastholde sin sikkerhedsret ved enten at sende denne transaktion eller ved at rette telefonisk henvendelse herom til VP's Clearing & Custody Services inden muligheden for fastholdelse af sikkerhedsretten udløber (Se Systemvejledning
Oversigt over afviklingsdøgn i VP (PROD.). Ved telefonisk henvendelse skal henvendelsen straks herefter bekræftes pr. fax.

**Behandling hos långiver:**
Info "TI20220v Oplysning om rettighed" informerer långiver om, at der på en afgivende VP-konto er anmeldt en rettighed. Långiver skal i tilfælde af et overskydende provenu ved realisation af de fastholdte papirer sikre, at en senere tilkommet rettighedshaver tilgodeses.

**Behandling i VP:**
På indrapporteringstidspunktet vil der ske en fastholdelse af sikkerhedsretten, som medfører overførsel af beholdninger fra låntagers VP-konti under sikkerhedsretsaftalen svarende til værdien af det sikkerhedsretstræk, låntager har på aftalen. Beholdningerne overføres til en af långiver angivet VP-konto.

Ved overførslen fra låntagers VP-konti udvælges først obligationer og derefter aktier og investeringsforeningsandele. Inden for de to grupper udvælges handelsprodukterne i rækkefølge efter belåningskursen, som sikkerhedsretsværdien er udregnet efter. Handelsproduktet med den højeste belåningskurs udvælges først.

Såfremt der på indrapporteringstidspunktet er ISIN-udelukkelse af et eller flere handelsprodukter som følge af en udtrækningskørsel, vil der først blive søgt dækning for sikkerhedsretstrækket i øvrige beholdninger. Dette betyder, at sikkerhedsretstrækket ikke nødvendigvis bliver inddækket på indrapporteringstidspunktet. Efter en ISIN-udelukkelses ophør vil der automatisk ske en ny fastholdelse af sikkerhedsretten, indtil sikkerhedsretstrækket er dækket.

Der vil blive overført beholdninger svarende til sikkerhedsretstrækket. På grund af handelsprodukternes andels- hhv. stykstørrelse kan der dog forekomme overførsel af beholdninger, der overstiger sikkerhedsretstrækket.

Ved overførsel af beholdninger fra låntagers VP-konti nedskrives sikkerhedsretstrækket på sikkerhedsretsaftalen tilsvarende, ligesom den resterende sikkerhedsretsværdi på sikkerhedsretsaftalen nedskrives.

Sikkerhedsretsaftalens status ændres ikke som følge af en fastholdelse.

**Uddata:**
Se Systemvejledning Fastholdelse af sikkerhedsret - transaktion, indsender, infoer og modtager

**DATAFELTER**

| | |
|---|---|
| **02 ANMELDELSE** | |
| **03 AFSENDER-REFERENCE** | O |
| **02 LAANGIVER. (DELTAGER)** | |
| **03 IDENTIFIKATION** | O |
| **02 LAANTAGER. (DELTAGER)** | |
| **03 IDENTIFIKATION** | O |
| **02 VALUTA** | |
| **03 ISO-KODE** | O |
| **02 MODTAGER-KI. (DELTAGER)** | |
| **03 IDENTIFIKATION** | O |
| **02 MODTAGER-KONTO. (VAERDIPAPIRKONTO)** | |
| **03 NUMMER** | O |



**SYSTEMVEJLEDNING**

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

## Etablering af formål på sikkerhedsretsaftale (TC20245v)

**Formål:**
At udvide sikkerhedsretsaftalen til også at gælde for andre formål end handelsafvikling og tegning. Kun primære betalingsstillere kan anvende sikkerhedsretsaftalen til andre formål end handelsafvikling og tegning. Det kan angives i transaktionen, om Danmarks Nationalbanks KRONOS-brugergrænseflade tillige skal kunne anvendes til registrering af reservationer.

**Behandling hos centraldeltager:**
Registreringen foretages af det kontoførende institut for en VP-konto, der er tilknyttet sikkerhedsretsaftalen. De formål, der i henhold til låntagers aftale med Danmarks Nationalbank kan anvendes under sikkerhedsretsaftalen, skal registreres. Der kan etableres flere formål i den samme transaktion. Det kontoførende institut kan i transaktionen give tilladelse til, at KRONOS-brugergrænsefladen kan anvendes ved registrering af reservationer. En sådan tilladelse omfatter alle aftalens formål.

**Behandling i VP:**
Det kontrolleres at anmelder opfylder kriterierne for at kunne foretage registreringen. Formålet registreres med status "inaktiv" og kan først anvendes, når det er accepteret af Danmarks Nationalbank.

**Uddata:**
Følgende info dannes:

TI20340v            "Status på sikkerhedsretsformål"

## DATAFELTER

| | |
|---|---|
| 02 ANMELDELSE. | |
|    03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VALUTA. | |
|    03 ISO-KODE | O |
| 02 SIKKERHEDSRETSAFTALE. | |
|    03 KRONOS-KODE | O |
| 02 DATA-GRUPPE          (7 forekomster). | |
|    03 SIKKERHEDSRETSFORMAAL. | |
|       04 KODE | O |
|    03 AFTALT-SIKKERHEDSRETS-FORMAAL. | |
|       04 STATUS | F |

O = obligatorisk, F = frivillig

 **SYSTEMVEJLEDNING**

---

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

### Ændring af formål på sikkerhedsretsaftale (TU20245v)

**Formål:**
Låntagers kontoførende institut kan ændre status (til suspenderet) på formål på sikkerhedsretsaftalen eller ændre på tilladelsen til at anvende Danmarks Nationalbanks KRONOS-brugergrænseflade.

**Behandling hos centraldeltager:**
Registreringen foretages af det kontoførende institut for en VP-konto, der er tilknyttet sikkerhedsretsaftalen. Der kan ændres status på flere formål i den samme transaktion.

**Behandling i VP:**
Det kontrolleres at anmelder opfylder kriterierne for at kunne foretage registreringen.

**Uddata:**
Følgende infoer dannes:

| | |
|---|---|
| TI20340v | "Status på sikkerhedsretsformål" |
| TI20341v | "Status på kronos-kode" |
| TI20350v | "Status på reservationsanmodning" |
| TI20353v | "Sletning af stående reservationsanmodning" |

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE. | |
|    03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VALUTA. | |
|    03 ISO-KODE | O |
| 02 SIKKERHEDSRETSAFTALE. | |
|    03 KRONOS-KODE | F |
| 02 DATA-GRUPPE       (7 forekomster). | |
|    03 SIKKERHEDSRETSFORMAAL. | |
|       04 KODE | F |
|    03 AFTALT-SIKKERHEDSRETS-FORMAAL. | |
|       04 STATUS | F |

O = obligatorisk, F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

### Ændring af långiveroplysninger på sikkerhedsretsformål (TU20247v)

**Formål:**
Långiver kan ændre status (accepteret eller suspenderet) på et formål på en sikkerhedsretsaftale, ændre en belåningsreduktionskoefficient eller ændre reservationsanmodningsloftet.



SYSTEMVEJLEDNING

---

**Behandling hos centraldeltager:**
Registreringen foretages af långiverens pengekontofører. Der kan ændres status på flere formål i den samme transaktion.

**Behandling i VP:**
Det kontrolleres at anmelder opfylder kriterierne for at kunne foretage registreringen.

**Uddata:**
Følgende infoer dannes:

| | |
|---|---|
| TI20340v | "Status på sikkerhedsretsformål" |
| TI20346v | "Status på reservationsanmodningsloft" |
| TI20350v | "Status på reservationsanmodning" |
| TI20353v | "Sletning af stående reservationsanmodning" |

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE. | |
| 03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 VALUTA. | |
| 03 ISO-KODE | O |
| 02 SIKKERHEDSRETSAFTALE. | |
| 03 RESERVATIONSANM-LOFT-INDIKATOR | F |
| 03 RESERVATIONSANMODNING-LOFT-PCT | F |
| 02 DATA-GRUPPE           (7 forekomster). | |
| 03 SIKKERHEDSRETSFORMAAL. | |
| 04 KODE | F |
| 03 AFTALT-SIKKERHEDSRETS-FORMAAL. | |
| 04 STATUS | F |
| 04 BELAANING-REDUKTIONS-KOEFF-KODE | F |
| 04 BELAANING-REDUKTIONS-KOEFFICIENT | F |

O = obligatorisk, F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

Etablering af reservationsanmodning (TC20242v)

**Formål:**
Reservationsanmodninger anvendes til at reservere sikkerhedsret til dækning af likviditet til betalinger i forbindelse med sum-clearingen (PBS), CLS-clearingen (valutaclearing) og periodiske betalinger i VP-systemet (blok 35).

Se
Automatisk pant
Sikkerhedsretsaftaler - generelt



SYSTEMVEJLEDNING

---

**Behandling hos centraldeltager:**
Låntager kan foretage reservationer til de formål, der er aftalt med Danmarks Nationalbank.
Der kan etableres flere reservationsanmodninger pr. formål. De vil blive gennemført individuelt, efterhånden som det ønskede reservationstidspunkt nås.

Det maksimale beløb, der ønskes reserveret, angives.

**Behandling i VP:**
Behandlingen i VP er tredelt.

- Det kontrolleres, at anmelder opfylder kriterierne for at kunne gennemføre registrering. Transaktionen valideres og lægges i "postkassen" - ligesom andre ændringer, der påvirker beholdninger - til gennemførelse i rækkefølge efter retsvirkningstid.
Valideringen omfatter bl.a. en kontrol af, at klokkeslættet i reservationstidspunktet ikke overskrider dagens sidste frist fra Danmarks Nationalbank for registrering af reservationer. Det kontrolleres derimod ikke, om reservationen er rettidig til at nå at danne likviditet til en nært forestående clearingkørsel for det pågældende formål. En reservationsanmodning vil blive registreret endeligt, hvis den når frem til Danmarks Nationalbank (BEC) inden det er for sent. Kommer reservationen for sent, vil den blive afvist af Danmarks Nationalbank, og låntager vil modtage info om afvisningen fra VP-systemet. Denne fremgangsmåde er valgt for at undgå, at VP-systemet afviser en reservation, der kommer lidt for sent, men måske lige kan nå med i Danmarks Nationalbank.
Såfremt der er reservationsanmodningsloft på sikkerhedsretsaftalen, kontrolleres det, om reservationsanmodningen ligger inden for dette loft. Er der ikke plads under loftet, nedsættes beløbet automatisk til det beløb, der er plads til.

- Når transaktionen i "postkassen" skal gennemføres på det valgte reservationstidspunkt kontrolleres det, at der er dækning for det maksimale reservationsbeløb i den ubelånte del af sikkerhedsretsværdien. Hvis der ikke er dækning for hele det maksimale beløb, der ønskes reserveret, nedsættes beløbet automatisk til det beløb, der er dækning for. Manglende dækning kan enten skyldes, at der ikke er tilstrækkelig friværdi på sikkerhedsretsaftalen, at långiverloftet (som omfatter alt på sikkerhedsretsaftalen) er nået eller at långiver har forsynet aftalen med en særlig belåningsreduktion for formålet.

- Oplysninger om den gennemførte reservation sendes videre til Danmarks Nationalbank (BEC), hvor det reserverede beløb stilles til rådighed på afviklingskontoen for det pågældende formål. Danmarks Nationalbank sender accept, når bogføring har fundet sted eller afvisning, hvis bogføring ikke kan finde sted.

**Uddata:**
Dannelse af uddata følger den beskrevne tredeling.

- Følgende info dannes ved registrering af reservationsanmodningen:

    TI20343v  "Etablering af reservationsanmodning"

- Følgende infoer dannes ved gennemførelse i postkassen:

    TI20342v  "Foreløbig reserveret"
    TI20350v  "Statusændring på reservationsanmodning"
    TI20184v  "Status på sikkerhedsretstræk"

- Følgende infoer dannes ved modtagelse af bogføringssvar fra Danmarks Nationalbank:

    TI20349v  "Afviklet reservationsanmodning"

SYSTEMVEJLEDNING

Tl20350v  "Statusændring på reservationsanmodning"
Tl20184v  "Status på sikkerhedsretstræk"

## DATAFELTER

| 02 OPRINDELIG-ANMELDER. (DELTAGER) | |
|---|---|
| 03 IDENTIFIKATION | O |
| 02 ANMELDELSE. | |
| 03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 VALUTA. | |
| 03 ISO-KODE | O |
| 02 SIKKERHEDSRETSFORMAAL. | |
| 03 KODE | O |
| 02 SIKKERHEDSRETS-RESERVATIONSANM. | |
| 03 MAX-RESERVATIONSBELOEB | O |
| 03 RESERVATIONSTIDSKODE | O |
| 03 AFVIKLINGSDATO | O |
| 03 RESERVATIONSTID | F * |

O = obligatorisk, F = frivillig, *) skal udfyldes ved reservationstidskode 2 (anmelders klokkeslæt ønskes benyttet)

### Ændring af reservationsanmodning (TU20242v)

**Formål:**
At ændre en reservationsanmodning, der endnu ikke er gennemført.
Reservationsanmodninger anvendes til at reservere sikkerhedsret til dækning af likviditet til betalinger i forbindelse med sum-clearingen (PBS), CLS-clearingen (valutaclearing) og periodiske betalinger i VP-systemet (blok 35).

Se
Automatisk pant
Sikkerhedsretsaftaler - generelt

**Behandling hos centraldeltager:**
Låntager kan ændre i en allerede etableret reservationsanmodning.
Der kan ikke ændres i en reservationsanmodning, når reservationen er gennemført eller i en reservationsanmodning, hvor tidspunktet for reservationen er overskredet.
Max-reservationsbeløb, reservationstidskode, afviklingsdato og reservationstid kan ændres.

**Behandling i VP:**
Behandlingen i VP er tredelt.

- Det kontrolleres, at anmelder opfylder kriterierne for at kunne gennemføre ændringen.
  Transaktionen valideres og lægges i "postkassen" - ligesom andre ændringer, der påvirker beholdninger - til gennemførelse i rækkefølge efter retsvirkningstid.
  Valideringen omfatter bl.a. en kontrol af, at dagens sidste frist fra Danmarks Nationalbank for registrering af reservationer ikke er overskredet. Det kontrolleres derimod ikke, om reservationen er



**SYSTEMVEJLEDNING**

rettidig til at nå at danne likviditet til en nært forestående clearingkørsel for det pågældende formål. En reservationsanmodning vil nå igennem, hvis den når frem til Danmarks Nationalbank (BEC) inden det er for sent. Kommer reservationen for sent, vil den blive afvist af Danmarks Nationalbank, og låntager vil modtage info om afvisningen fra VP-systemet. Denne fremgangsmåde er valgt for at undgå, at VP-systemet afviser en reservation, der kommer lidt for sent, men måske lige kan nå med i Danmarks Nationalbank.

Såfremt der er reservationsanmodningsloft på sikkerhedsretsaftalen, kontrolleres det, om reservationsanmodningen ligger inden for dette loft. Er der ikke plads under loftet, nedsættes beløbet automatisk til det beløb, der er plads til.

- Når transaktionen i "postkassen" skal gennemføres på det valgte reservationstidspunkt kontrolleres det, at der er dækning for det maksimale reservationsbeløb i den ubelånte del af sikkerhedsretsværdien. Hvis der ikke er dækning for hele det maksimale beløb, der ønskes reserveret, nedsættes beløbet automatisk til det beløb, der er dækning for. Manglende dækning kan enten skyldes, at der ikke er tilstrækkelig friværdi på sikkerhedsretsaftalen, at långiverloftet (som omfatter alt på sikkerhedsretsaftalen) er nået eller at långiver har forsynet aftalen med en særlig belåningsreduktion for formålet.

- Oplysninger om den gennemførte reservation sendes videre til Danmarks Nationalbank (BEC), hvor det reserverede beløb stilles til rådighed på afviklingskontoen for det pågældende formål. Danmarks Nationalbank sender accept, når bogføring har fundet sted eller afvisning, hvis bogføring ikke kan finde sted.

**Uddata**:
Dannelse af uddata følger den beskrevne tredeling.

- Følgende infoer dannes ved registrering af reservationsanmodningen:

  TI20344v  "Ændring af reservationsanmodning"

- Følgende infoer dannes ved gennemførelse i postkassen:

  TI20342v  "Foreløbig reserveret"
  TI20184v  "Status på sikkerhedsretstræk"
  TI20350v  "Statusændring på reservationsanmodning"

- Følgende infoer dannes ved modtagelse af bogføringssvar fra Danmarks Nationalbank:

  TI20349v  "Afviklet reservationsanmodning"
  TI20350v  "Statusændring på reservationsanmodning"
  TI20184v  "Status på sikkerhedsretstræk"

**DATAFELTER**

| 02 OPRINDELIG-ANMELDER. (DELTAGER) | |
|---|---|
|     03 IDENTIFIKATION | O |
| 02 ANMELDELSE. | |
|     03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | |
|     03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | |
|     03 IDENTIFIKATION | O |
| 02 VALUTA. | |



**SYSTEMVEJLEDNING**

| | | |
|---|---|---|
| | 03 ISO-KODE | O |
| 02 SIKKERHEDSRETSFORMAAL. | | |
| | 03 KODE | O |
| 02 SIKKERHEDSRETS-RESERVATIONSANM. | | |
| | 03 MAX-RESERVATIONSBELOEB | F |
| | 03 RESERVATIONSTIDSKODE | F |
| | 03 AFVIKLINGSDATO | F |
| | 03 RESERVATIONSTID | F * |

O = obligatorisk, F = frivillig, *) skal udfyldes ved reservationstidskode 2 (anmelders klokkeslæt ønskes benyttet)

## Annullering af reservationsanmodning (TD20242v)

**Formål:**
Transaktionen anvendes til at annullere en reservationsanmodning.

**Behandling hos centraldeltager:**
Låntager kan annullere en reservationsanmodning, så længe tidspunktet for reservationen ikke er overskredet.
Reservationsanmodningens oprindelige afsender-reference skal angives.

**Behandling i VP:**

Det kontrolleres, at anmelder opfylder kriterierne for at kunne foretage annulleringen, og at reservationstiden ikke er nået. Godkendes transaktionen vil den angivne reservationsanmodning blive annulleret.

**Uddata:**
Følgende info dannes:

TI20350v "Status på reservationsanmodning"

## DATAFELTER

| | | |
|---|---|---|
| 02 OPRINDELIG-ANMELDER. (DELTAGER) | | |
| | 03 IDENTIFIKATION | O |
| 02 ANMELDELSE. | | |
| | 03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | | |
| | 03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | | |
| | 03 IDENTIFIKATION | O |
| 02 VALUTA. | | |
| | 03 ISO-KODE | O |
| 02 SIKKERHEDSRETSFORMAAL. | | |
| | 03 KODE | O |
| 02 SIKKERHEDSRETS-RESERVATIONSANM. | | |
| | 03 MAX-RESERVATIONSBELOEB | F |
| | 03 RESERVATIONSTIDSKODE | F |
| | 03 AFVIKLINGSDATO | F |
| | 03 RESERVATIONSTID | F * |

**SYSTEMVEJLEDNING**

---

O = obligatorisk, F = frivillig, *) skal udfyldes ved reservationstidskode 2 (anmelders klokkeslæt ønskes benyttet)

### Etablering af stående reservationsanmodning (TC20246v)

**Formål:**
Transaktionen anvendes til at etablere en stående reservationsanmodning.

**Behandling hos centraldeltager:**
Låntager kan etablere stående reservationsanmodning til de formål, der er aftalt med Danmarks Nationalbank. Der kan etableres én stående reservationsanmodning pr. formål.

Det maksimale beløb, der ønskes reserveret, angives.

**Behandling i VP:**
Det kontrolleres, at anmelder opfylder kriterierne for at kunne gennemføre registrering. Transaktionen valideres. Valideringen omfatter bl.a. en kontrol af, at klokkeslættet ikke overskrider dagens sidste frist fra Danmarks Nationalbank for registrering af reservationer ikke er overskredet.

En godkendt stående reservationsanmodning registreres og vil medføre, at der automatisk dannes en reservationsanmodning hver dag. Den automatisk dannede reservationsanmodning vil indeholde de oplysninger, der er specificeret i den stående reservationsanmodning. Dog kan det maksimale beløb, der ønskes reserveret, blive reduceret, såfremt der af Danmarks Nationalbank er registreret reservationsanmodningsloft på sikkerhedsretsaftalen, og der ikke er plads til hele det ønskede beløb under dette loft.

**Uddata:**

Følgende info dannes:

TI20351v                "Etablering af stående reservationsanmodning"

For nærmere beskrivelse af gennemførelsen af reservationen
- se Etablering af reservationsanmodning (TC20242v)

### DATAFELTER

| | |
|---|---|
| 02 ANMELDELSE. | |
|    03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VALUTA. | |
|    03 ISO-KODE | O |
| 02 SIKKERHEDSRETSFORMAAL. | |
|    03 KODE | O |
| 02 STAAENDE-SIKKERHEDSRETS-RESV-ANM. | |
|    03 MAX-RESERVATIONSBELOEB | O |
|    03 RESERVATIONSTIDSKODE | O |
|    03 RESERVATIONSTID | F * |



**SYSTEMVEJLEDNING**

O = obligatorisk, F = frivillig, *) skal udfyldes ved reservationstidskode 2 (anmelders klokkeslæt ønskes benyttet)

## Ændring af stående reservationsanmodning (TU20246v)

**Formål:**
Transaktionen anvendes til at ændre en stående reservationsanmodning.

**Behandling hos centraldeltager:**
Låntager kan ændre en eksisterende stående reservationsanmodning.
Max-reservationsbeløb, reservationstidskode og reservationstid kan ændres.

**Behandling i VP:**
Det kontrolleres, at anmelder opfylder kriterierne for at kunne gennemføre registrering.
Transaktionen valideres. Valideringen omfatter bl.a. en kontrol af, at dagens sidste frist fra Danmarks Nationalbank for registrering af reservationer ikke er overskredet.

En godkendt ændring af en stående reservationsanmodning registreres og erstatter den oprindelige stående reservationsanmodning. Ændringen vil have virkning fra og med den næste afviklingsdag.

**Uddata:**
Følgende info dannes:

TI20352v                "Ændring af stående reservationsanmodning"

## DATAFELTER

| | |
|---|---|
| 02 ANMELDELSE. | |
|    03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VALUTA. | |
|    03 ISO-KODE | O |
| 02 SIKKERHEDSRETSFORMAAL. | |
|    03 KODE | O |
| 02 STAAENDE-SIKKERHEDSRETS-RESV-ANM. | |
|    03 MAX-RESERVATIONSBELOEB | F |
|    03 RESERVATIONSTIDSKODE | F |
|    03 RESERVATIONSTID | F * |

O = obligatorisk, F = frivillig, *) skal udfyldes ved reservationstidskode 2 (anmelders klokkeslæt ønskes benyttet)

## Sletning af stående reservationsanmodning (TD20246v)

**Formål:**
Transaktionen anvendes til at slette en stående reservationsanmodning.

**Behandling hos centraldeltager:**
Låntager kan slette en eksisterende stående reservationsanmodning.
Långiver, låntager og valuta skal angives.

 **SYSTEMVEJLEDNING**

**Behandling i VP:**
Det kontrolleres, at anmelder opfylder kriterierne for at kunne gennemføre registrering.

Ændringen vil have virkning fra og med den næste afviklingsdag.

**Uddata:**
Følgende info dannes:

TI20353v          "Sletning af stående reservationsanmodning"

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE. | |
|     03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | |
|     03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | |
|     03 IDENTIFIKATION | O |
| 02 VALUTA. | |
|     03 ISO-KODE | O |
| 02 SIKKERHEDSRETSFORMAAL. | |
|     03 KODE | O |
| 02 STAAENDE-SIKKERHEDSRETS-RESV-ANM. | |
|     03 MAX-RESERVATIONSBELOEB | F |
|     03 RESERVATIONSTIDSKODE | F |
|     03 RESERVATIONSTID | F * |

O = obligatorisk, F = frivillig, *) skal udfyldes ved reservationstidskode 2 (anmelders klokkeslæt ønskes benyttet)

**Forespørg på reservationsanmodninger (TR20243v)**
**Formål:**
At give låntager og låntagers KI et overblik over dagens reservationer.

**Behandling hos centraldeltager:**
Låntager, låntagers KI eller en spørge-/opdateringsrelateret for låntagers KI kan forespørge på reservationsanmodninger.

Sikkerhedsretsaftalens långiver, låntager og valuta samt den ønskede afviklingsdag skal angives. Hvis formål også angives vises kun reservationsanmodninger vedrørende det angivne formål og der vil være angivet totaler for formålet.

Af svaret på forespørgslen fremgår både de enkelte reservationsanmodninger og nogle opsummerede beløb. Ved de enkelte reservationsanmodninger er det anført, om det oprindeligt ønskede maksimale reservationsbeløb er blevet reduceret automatisk. Automatisk reduktion finder sted, hvis der ikke har været dækning for hele det ønskede beløb  -  enten pga. lofter eller pga. utilstrækkelig disponibel sikkerhedsretsværdi på de tilknyttede VP-depoter. Hvis beløbet er blevet reduceret vil det reducerede beløb være anført, ligesom det vil være det reducerede beløb, der indgår i de viste summer. Det er også angivet i svaret, om reservationsanmodningen stammer fra en stående reservationsanmodning. Disse reservationsanmodninger dannes automatisk i starten af afviklingsdøgnet, men såfremt forespørgslen vedrører en fremtidig afviklingsdag, hvor de stående reservationsanmodninger endnu ikke er dannet, vil

 **SYSTEMVEJLEDNING**

de blive medtaget i svaret alligevel og således være med i både opsummerede beløb og i oversigten over reservationsanmodninger.

De opsummerede beløb er følgende:

- Alle reservationer:
  Total for reservationsanmodninger.
  Heraf reserveret (reservationen er gennemført).

- Reservationer til angivet formål:
  Total for reservationsanmodninger.
  Heraf reserveret (reservationen er gennemført).

- Den aktuelle sikkerhedsretsværdi på forespørgselstidspunktet.
  Opmærsomheden henledes på, at denne værdi ændres ved efterfølgende beholdningsændringer på VP-kontiene under sikkerhedsretsaftalen. Sikkerhedsretsværdien af den nuværende beholdning vil ligeledes blive ændret i forbindelse med skift af afviklingsdøgn, hvor der sker en reberegning af samtlige accepterede sikkerhedsretsaftalers sikkerhedsretsværdi.

- Det aktuelle sikkerhedsretstræk på forespørgselstidspunktet.
  Vises altid, men såfremt forespørgslen vedrører en fremtidig afviklingsdag, vil det aktuelle sikkerhedsretstræk ikke være relevant.

Behandling i VP:
Der foretages adgangsmæssige kontroller og beregning af de viste summer.

Uddata:
Følgende infoer dannes:

| | |
|---|---|
| TI20354v | "Vis sum af reservationsbeløb" |
| TI20355v | "Vis reservationsanmodninger" |
| TI20356v | "Vis stående reservationsanmodninger" |

DATAFELTER

| 02 ANMELDELSE. | | |
|---|---|---|
| | 03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | | |
| | 03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | | |
| | 03 IDENTIFIKATION | O |
| 02 VALUTA. | | |
| | 03 ISO-KODE | O |
| 02 AFVIKLINGSDAG. | | |
| | 03 AFVIKLINGSDATO | O |
| 02 SIKKERHEDSRETSFORMAAL. | | |
| | 03 KODE | F |

O = obligatorisk, F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelse), vil denne blive isat ved modtagelsen i VP.



**SYSTEMVEJLEDNING**

## Etablering af nedskrivningsanmodning (TC20084v)

**Formål:**
Efterhånden som låntager afregner med långiver, bør långiver nedskrive det træk, låntager har foretaget på sikkerhedsretsaftalen. Låntager får således dispositionsretten over beholdningerne på de til sikkerhedsretsaftalen knyttede VP-konti tilbage, inden det automatiske udløb af sikkerhedsretten finder sted jvf. afviklinsdøgnet i VPg Afviklingsdøgn i VP - særskilt om sikkerhedsret og panteret.

**Behandling hos centraldeltager:**
Långivers betalingsstiller (BS) kan foretage en nedskrivning af det træk, låntager har haft på sikkerhedsretsaftalen.

Långiver angiver det maksimale beløb, trækket skal nedskrives med. Trækket kan nedskrives helt eller delvist. Trækket kan ikke nedskrives med et større beløb, end der er trukket.

**Behandling i VP:**
Behandlingen i VP er todelt.

1) Det kontrolleres, at anmelder opfylder kriterierne for at kunne gennemføre registrering. Transaktionen valideres og lægges i "postkassen" - ligesom andre ændringer, der påvirker beholdninger - til gennemførelse i rækkefølge efter retsvirkningstid.

2) Ved gennemførelsen i "postkassen" kontrolleres det, at det angivne maksimale nedskrivningsbeløb ikke overstiger det faktiske træk på sikkerhedsretsaftalen. Hvis det faktiske træk er mindre end det angivne maksimale nedskrivningsbeløb, nedsættes nedskrivningsbeløbet automatisk, således at trækket herefter er nul.

**Uddata:**
- Dannelse af uddata følger den beskrevne todeling.
- Følgende info dannes ved registreringen af nedskrivningsanmodningen:
  TI20345v  "Etablering af nedskrivningsanmodning"
  Følgende infoer dannes ved gennemførelse i postkassen:
  TI20348v  "Afviklet nedskrivningsanmodning"
  TI20184v  "Status på sikkerhedsretstræk"

Se Sikkerhedsaftaler - långiversiden - transaktion, indsender, infoer og modtager.

**DATAFELTER**

| 02 ANMELDELSE. | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 LAANGIVER. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 LAANTAGER. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 VALUTA. | |
| 03 ISO-KODE | O |
| 02 NEDSKRIVNINGSANMODNING. | |
| 03 ANMODET-MAX-NEDSKRIVNINGSBELOEB | O |

O = obligatorisk, F = frivillig



SYSTEMVEJLEDNING

---

Beregning af sikkerhedsretsværdien af sikkerhedsretsaftaler

**Formål:**
At beregne den totale sikkerhedsretsværdi af alle accepterede sikkerhedsretsaftaler.

I forbindelse med skift til nyt afviklingsdøgn reberegnes sikkerhedsretsværdien på samtlige accepterede sikkerhedsretsaftaler.

Alle efterfølgende beregninger af sikkerhedsretsværdien i det pågældende afviklingsdøgn foretages på baggrund af ændringer, der relaterer sig til den enkelte accepterede sikkerhedsretsaftale, f.eks.:

ændringer i beholdningerne på VP-kontiene under sikkerhedsretsaftalerne som følge af
til-/fragange i handelsafviklingskørsler
strakshandler
overførsler til/fra en VP-konto
emissioner og indfrielser.
tilknytning af VP-konti under sikkerhedsretsaftalen
fjernelse af VP-konti under sikkerhedsretsaftalen

Beregningen af sikkerhedsretsværdien af ændringerne foretages hele afviklingsdøgnet i.h.t. de efterfølgende formler, og den totale sikkerhedsretsværdi opdateres.

**Behandling i VP:**
I forbindelse med skift af afviklingsdøgn foretages en kopiering og fastfrysning af alle positivlister som "afviklingsdagens positivlister". Afviklingsdagens positivliste forsynes med belåningskurs pr. nominelt 100 for obligationer og belåningskurs pr. stk. for aktier og investeringsforeningsandele.

**Danmarks Nationalbank**
Belåningskurser i afviklingsdagens positivliste stammer for positivliste med Danmarks Nationalbank som långiver fra den senest inden kl. 18 modtagne TierListe fra Danmarks Nationalbank.

**Andre långivere end Danmarks Nationalbank**
For positivlister med andre primære betalingsstillere som långivere foretages beregningerne af belåningskurser til afviklingsdagens positivliste på baggrund af den af långiver senest inden kl. 18 angivne værdikoefficient i positivlisten samt børs- og valutakurser. Den senest modtagne børskurs fra NASDAQ OMX og den senest modtagne valutakurs fra Danmarks Nationalbank anvendes.
Belåningskurser til afviklingsdagens positivliste beregnes ved at gange værdikoefficienten med kursværdien af 100 nominelt, når det drejer sig om obligationer. For aktier og investeringsforeningsandele ganges værdikoefficienten med kursværdien af 1 stk.
Beregningen af sikkerhedsretsværdien af beholdninger er nærmere specificeret i de efterfølgende formler.

Ligeledes i forbindelse med skift af afviklingsdøgn foretages en reberegning af sikkerhedsretsværdien af samtlige accepterede sikkerhedsretsaftaler. Disse beregninger og alle efterfølgende beregninger af sikkerhedsretsværdi, der vedrører afviklingsdagen, sker på baggrund af priserne i ovennævnte "afviklingsdagens positivliste" for afviklingsdagen.

**ISIN-udelukkelse:**
Beholdninger i handelsprodukter, der ved starten af afviklingsdøgnet er ISIN-udelukket, eller på et tidspunkt i løbet af afviklingsdøgnet vil blive ISIN-udelukket, vil som hovedregel ikke blive medregnet i sikkerhedsretsværdien. Undtaget herfra er ISIN-udelukkelses-hændelsestype "Udtræk-1" (kode 1). Handelsprodukter, der er undtaget fra belåning på grund af ISIN-udelukkelse, vil i afviklingsdagens positivliste være angivet med belåningskursen 0.

 **SYSTEMVEJLEDNING**

**Udtrækning:**
På udtrækningens publiceringsdag beregnes sikkerhedsretsværdien af en udtrukket beholdning, som om udtrækning ikke havde fundet sted. Først ved skift til det efterfølgende afviklingsdøgn vil beregningen af den udtrukne beholdnings sikkerhedsretsværdi være baseret på udtrækningskursen.

**Manglende kurs:**
Såfremt børskurs, udtrækningskurs eller valutakurs ikke er registreret, vil sikkerhedsretsværdien af det pågældende handelsprodukt være 0.

**Uddata:**
Følgende infoer kan dannes:

| | |
|---|---|
| TI20219v | "Ændret sikkerhedsretsværdi" |
| TI20185v | "Sikkerhedsværdi ved start af nyt afviklingsdøgn" |

Se Systemvejledning Sikkerhedsaftaler - låntagersiden - transaktion, indsender, infoer og modtager
Se Systemvejledning Sikkerhedsaftaler - långiversiden - transaktion, indsender, infoer og modtager
Se Systemvejledning Sikkerhedsaftaler - batch - transaktion, infoer og modtager.

## Formeloversigt

På samtlige accepterede sikkerhedsretsaftaler beregnes en sikkerhedsretsværdi.

Nedenstående formeloversigt gælder for sikkerhedsretsaftaler med andre långivere end Danmarks Nationalbank.

### Formler for beregning af værdi af sikkerhedsretsaftale

Sikkerhedsretsværdien for værdipapirerne under en sikkerhedsretsaftale udregnes efter følgende formel:

(1)

$$SVt = \Sigma((OMa - (ROa + UOa)) * (BKa/100) * (CQa/100) * (IXs/100) * VKa) + \Sigma(UBa * (UKa/100) * (CQa/100) * (IXs/100) * VKa) + \Sigma((AMa - RAa) * BKa * (CQa/100) * VKa)$$

### Formel for beregning af estimeret sikkerhedsværdi af fremtidige handler

Sikkerhedsretsværdien for fremtidige handler beregnes efter følgende formel:

(2)

$$TVts = \Sigma ((\Sigma TOas - \Sigma FOas) * (BKa/100) * (CQa/100) * (IXs/100) * VKa) + \Sigma ((\Sigma TUas - \Sigma FUas) * (UKa/100) * (CQa/100) * (IXs/100) * VKa) + \Sigma (( \Sigma TAas - \Sigma FAas) * BKa * (CQa/100) * VKa)$$

Resultatet af formel (2) har følgende fortegnskonvention:

(+)      sikkerhedsretsværdien af handlerne pr. afviklingsdagen vil forøge sikkerhedsretsaftalens værdi med det angivne
(0)      sikkerhedsretsværdien af handlerne pr. afviklingsdagen vil ikke ændre sikkerhedsretsaftalens værdi (kan være fordi der ingen handler er, eller fordi værdien af fragange og tilgange er lige stor)
(-)      sikkerhedsretsværdien af handlerne pr. afviklingsdagen vil formindske sikkerhedsretsaftalens værdi



### SYSTEMVEJLEDNING

med det angivne

**Formel for beregning af disponibel beholdning på en VP-konto**

(3A) Aktier og ikke udtrukne obligationer:

Disponibel beholdning =

Samlet beholdning - udtrukket beholdning (hvis obligationer) - reserveret beholdning

(3B) Udtrukne obligationer: Disponibel udtrukket beholdning = Udtrukket beholdning

**Formel for beregning af børsdagens indexfaktor (IXs)**
(4)

$$IXs = IXt + ((IXt+1 - IXt) * KDs/TDs)$$

**Variabelforklaring:**

| | |
|---|---|
| AMa | Antal styk aktier i handelsproduktet a, der ikke er ISIN-udelukket, på VP-konti under sikkerhedsretsaftalen |
| BKa | Senest i VP-systemet registrerede børskurs for handelsprodukt a. Bemærk: For skatkammerbeviser er kursen pr. nominel 1 mill. Derfor skal børskursen for skatkammerbeviser omregnes, inden den kan benyttes i formlen. |
| CQa | Den på beregningstidspunktet i VP-systemet registrerede valutakurs mellem sikkerhedsretsaftalens valuta og handelsproduktet a's noteringsvaluta. Bemærk: I beregningen indgår IKKE det i systemet registrerede kursfradrag. |
| FAas | Mængde af aktier i handelsprodukt a, der ikke er ISIN-udelukket, i fragang-preadvice, der har fundet makker, pr. afviklingsdag s på VP-konto under sikkerhedsretsaftalen. |
| FOas | Mængde af ikke udtrukne obligationer i handelsprodukt a i fragang-preadvice, der har fundet makker, pr. afviklingsdag s på VP-konto under sikkerhedsretsaftalen. |
| FUas | Mængde af udtrukne obligationer i handelsprodukt a i fragang-preadvice, der har fundet makker, pr. afviklingsdag s på VP-konto under sikkerhedsretsaftalen. |
| IXs | Den for børsdatoen gældende indexfaktor (kreditor-indexfaktor for indexlån), idet der sker interpolation. Benyttes for indexlån. For andre typer obligationer benyttes indexfaktor = 100 |
| IXt | Er indexfaktoren for sidst passerede 30/6 eller 31/12, oplyst fra NASDAQ OMX |
| IXt+1 | Er indexfaktoren for førstkommende 30/6 eller 31/12, oplyst fra NASDAQ OMX |
| KDs | Er antallet af dage fra IXt til IXs efter kalenderkonventionen 30/360 |
| OMa | Nominel obligationsbeholdning i handelsproduktet a på VP-konto under sikkerhedsretsaftalen. Konvertible obligationer må ikke være ISIN-udelukket. |
| RAa | Antal styk reserverede aktier i handelsproduktet a på VP-konto uden rettigheder under sikkerhedsretsaftalen. Aktierne må ikke være ISIN-udelukket. |
| ROa | Reserveret nominel obligationsbeholdning i handelsproduktet a på VP-konto under sikkerhedsretsaftalen. Konvertible obligationer må ikke være ISIN-udelukket. |
| SVt | Beregnet sikkerhedsretsværdi for sikkerhedsretsaftalen på beregnings-tidspunktet t. |
| TAas | Mængde af aktier i handelsprodukt a, der ikke er ISIN-udelukket, tilgang-preadvice, der har fundet makker, pr. afviklingsdag s på VP-konto under sikkerhedsretsaftalen. |
| TDs | 180 dage, svarende til antal dage mellem IXt til IXt+1 efter kalenderkonventionen 30/360 |
| TOas | Mængde af ikke udtrukne obligationer i handelsprodukt a i tilgang-preadvice, der har fundet makker, pr. afviklingsdag s på VP-konto under sikkerhedsretsaftalen. |
| TUas | Mængde af udtrukne obligationer i handelsprodukt a i tilgang-preadvice, der har fundet makker, pr. afviklingsdag s på VP-konto under sikkerhedsretsaftalen. |



**SYSTEMVEJLEDNING**

| | |
|---|---|
| TVts | Den på tidspunkt t beregnede sikkerhedsretsværdi af fremtidige handler pr. afviklingsdag s. |
| UBa | Udtrukket nominel obligationsbeholdning i handelsproduktet a på VP-konti under sikkerhedsretsaftalen hvor betalingsformidlingsdatoen ikke er nået (udtrukne obligationer hvor betalingsformidlingen er dannet tillægges sikkerhedsretsværdien 0). |
| UKa | Udtrækningskursen for handelsproduktet a. |
| UOa | Udtrukket nominel obligationsbeholdning i handelsproduktet a på VP-konti under sikkerhedsretsaftalen. |
| VKa | Værdikoefficienten for handelsproduktet a. |

## Investeringsforeningsklassifikation

### Etablering af investeringsforeningsklassifikation (TC20381v)

**Formål:**
At etablere oplysninger om investeringsforeningers virke til brug ved indberetning til SKAT.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for udstederen eller en opdateringsrelateret udsteder.

**VP-standardsystem:**
D342 kan anvendes.

**Behandling i VP:**
Det kontrolleres, at anmelder er udsteder eller en opdateringsrelateret udsteder, og at handelsproduktet er et aktivt investeringsforeningsbevis.

**Uddata:**
Der dannes følgende info-meddelelse:

TI20227v            Etablering af investeringsforeningsklassifikation

### DATAFELTER

| | |
|---|---|
| **02 ANMELDELSE** | |
| 03 AFSENDER-REFERENCE | O |
| **02 HANDELSPRODUKT.** | |
| 03 ISIN | O |
| **02 INVEST-FORENINGS-KLASSIFIKATION** | |
| 03 IKRAFTTRÆDELSES-DATO | O |
| 03 GRUNDLAG | O |
| 03 UDLODNINGS-KODE | O |
| 03 SPECIALFORENINGS-KODE | O |

O = obligatorisk,  F = frivillig
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

### Ændring af investeringsforeningsklassifikation (TU20381v)

**Formål:**
At vedligeholde oplysninger om investeringsforeningers virke til brug ved indberetning til SKAT.



**SYSTEMVEJLEDNING**

---

**Behandling hos deltageren:**
Transaktionen er tilgængelig for udstederen eller en opdateringsrelateret udsteder.

**VP-standardsystem:**
D342 kan anvendes.

**Behandling i VP:**
Det kontrolleres, at anmelder er udsteder eller en opdateringsrelateret udsteder, og at handelsproduktet er et aktivt investeringsforeningsbevis.

**Uddata:**
Der dannes følgende info-meddelelse:

TI20228v          Ændring af investeringsforeningsklassifikation

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
|    03 AFSENDER-REFERENCE | O |
| 02 HANDELSPRODUKT. | |
|    03 ISIN | O |
| 02 INVEST-FORENINGS-KLASSIFIKATION | |
|    03 IKRAFTTRÆDELSES-DATO | O |
|    03 GRUNDLAG | O |
|    03 UDLODNINGS-KODE | O |
|    03 SPECIALFORENINGS-KODE | O |

O = obligatorisk,  F = frivillig
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

**Sletning af investeringsforeningsklassifikation (TD20381v)**

**Formål:**
At slette oplysninger om investeringsforeningers virke.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for udstederen eller en opdateringsrelateret udsteder.

**VP-standardsystem:**
D342 kan anvendes.

**Behandling i VP:**
Det kontrolleres, at anmelder er udsteder eller en opdateringsrelateret udsteder, og at handelsproduktet er et aktivt investeringsforeningsbevis.

**Uddata:**
Der dannes følgende info-meddelelse:

TI20229v          Sletning af investeringsforeningsklassifikation

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|



**SYSTEMVEJLEDNING**

| | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 HANDELSPRODUKT. | |
| 03 ISIN | O |
| 02 INVEST-FORENINGS-KLASSIFIKATION | |
| 03 IKRAFTTRÆDELSES-DATO | O |
| 03 GRUNDLAG | / |
| 03 UDLODNINGS-KODE | / |
| 03 SPECIALFORENINGS-KODE | / |

O = obligatorisk,  F = frivillig, / = Må ikke udfyldes
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.


## Forespørgsel på investeringsforeningklassifikation (TR20381v)

**Formål:**
At vise, hvilke oplysninger der er registreret vedrørende en investeringsforenings virke.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for alle aktive VP-deltagere.

**VP-standardsystem:**
D342 kan anvendes.

**Behandling i VP:**
Ingen.

**Uddata:**
Forefindes kun som skærmsvar.

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE | |
| 03 AFSENDER-REFERENCE | O |
| 02 HANDELSPRODUKT. | |
| 03 ISIN | O |
| 02 INVEST-FORENINGS-KLASSIFIKATION | |
| 03 IKRAFTTRÆDELSES-DATO | F |
| 03 GRUNDLAG | / |
| 03 UDLODNINGS-KODE | / |
| 03 SPECIALFORENINGS-KODE | / |

O = obligatorisk,  F = frivillig, / = Må ikke udfyldes
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

SYSTEMVEJLEDNING

## Matematisk udtrækning

### Etablering af en ønsket mængde til udtrækning (TC200751)

**Formål:**
At give udstedere af obligationer, som skal have gennemført trækning ved hjælp af matematisk udtrækning, mulighed for at indrapportere den ønskede mængde til udtrækning for en ISIN pr. en given udtræknings- og forfaldsdato (trækningsspecfikation).

**Behandling hos centraldeltager:**
Det er den udstederansvarlige eller en relateret udsteder, som indrapporterer den ønskede mængde til udtrækning.

Etableringen skal være registreret i VP inden beregningen af udtrækningsprocenten kl. 10.30 på trækningsdagen.

Transaktionen kan benyttes for ISINs, som er registreret med udtrækningstype 5 (matematisk udtrækning).

Transaktionen kan benyttes til samtlige udtrækningsdatoer/forfaldsdatoer, som er registreret i VP's registre, og som der ikke allerede er indsendt oplysninger til.

**Behandling i VP:**
Det kontrolleres, at den indrapporterende deltager har autorisation til at indrapportere oplysningerne på den pågældende ISIN, samt at den ønskede mængde til udtrækning er udfyldt.

Det kontrolleres, at den ønskede mængde er mindre end eller lig med den cirkulerende mængde på indrapporteringstidspunktet.

Det kontrolleres, at der er overensstemmelse mellem de oplysninger, som er angivet i transaktionen om udtrækningsdato og forfaldsdato, i forhold til de allerede registrerede oplysninger i VP.

Til udsteders kontrol leverer VP en foreløbig udtrækningsprocent i retursvaret baseret på den cirkulerende mængde på indrapporteringstidspunktet.

**Uddata:**
Transaktionssvar
Info: TI201691

### DATAFELTER

| 02 ANMELDELSE | |
|---|---|
|    03 AFSENDER-REFERENCE | O |
| 02 HANDELSPRODUKT. | |
|    03 ISIN | O |
| 02 FORFALD-AF-PROVENU. | O |
|    03 FORFALDSDATO | O |
| 02 UDTRAEKNINGSPERIODE. | |
|    03 UDTRAEKNINGSDATO | O |
| 02 MATEMATISK-UDTRAEKNING. | |
|    03 OENSKET-MAENGDE-TIL-UDTRAEKNING | O |
|    03 KF-LEVERING-KODE | O |



SYSTEMVEJLEDNING

---

O = obligatorisk,  F = frivillig
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

## Ændring af ønsket mængde til udtrækning (TU200751)

**Formål:**
At ændre en allerede etableret trækningsspecifikation pr. en given udtræknings- og forfaldsdato for en ISIN med matematisk udtrækning.

**Behandling hos centraldeltager:**
Det er den udstederansvarlige eller en relateret udsteder, som indrapporterer ændringen.

Ændringen skal være registreret i VP inden beregningen af udtrækningsprocenten kl. 10.30 på trækningsdagen.

Det er kun ønsket mængde til udtrækning, som kan ændres.

**Behandling i VP:**
Det kontrolleres, om den indrapporterende deltager har autorisation til at indrapportere oplysningerne på den pågældende ISIN, samt at den ønskede mængde til udtrækning er udfyldt, og at den ønskede mængde er mindre end eller lig med den cirkulerende mængde på indrapporteringstidspunktet.

**Uddata:**
Transaktionssvar
Info: TI201711

## DATAFELTER

| 02 ANMELDELSE | |
|---|---|
|    03 AFSENDER-REFERENCE | O |
| 02 HANDELSPRODUKT. | |
|    03 ISIN | O |
| 02 FORFALD-AF-PROVENU. | |
|    03 FORFALDSDATO | O |
| 02 UDTRAEKNINGSPERIODE. | |
|    03 UDTRAEKNINGSDATO | O |
| 02 MATEMATISK-UDTRAEKNING. | |
|    03 OENSKET-MAENGDE-TIL-UDTRAEKNING | O |
|    03 KF-LEVERING-KODE | F |

O = obligatorisk,  F = frivillig
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

## Forespørgsel på trækningsspecifikation (TR202111)

**Formål:**
At give udstedere af obligationer, som skal have gennemført matematisk udtrækning, mulighed for på en eller flere ISINs at forespørge på en indrapporteret trækningsspecifikation før beregningstidspunktet for udtrækningsprocenten.



**SYSTEMVEJLEDNING**

---

**Behandling hos centraldeltager:**
Det er den udstederansvarlige eller en relateret udsteder, som kan forespørge på oplysningerne.

Forespørgslen kan benyttes for ISINs, som er registreret med udtrækningstype 5 (matematisk udtrækning), og den kan benyttes, indtil beregningen af udtrækningsprocenten finder sted.

Efter beregningen af udtrækningsprocenten benyttes forespørgsel TR202171 på trækningsspecifikation og resultat.

Forespørgslen kan foretages pr. udsteder  på baggrund af udtrækningsdato, eventuelt i interval af ISINs.

Det er muligt at kontrollere de oplysninger, som udsteder har indrapporteret til brug for VP's gennemførelse af udtrækningen, samt få vist en foreløbig udtrækningsprocent på forespørgselstidspunktet.

**Behandling i VP:**
Det kontrolleres, om deltageren har autorisation til at forespørge på oplysningerne om den/de pågældende ISINs.

VP beregner og viser en foreløbig udtrækningsprocent på forespørgselstidspunktet, og grundlaget (cirkulerende mængde og ønsket mængde til udtrækning) indeholdes i svaret.

**Uddata:**
Transaktionssvar
Info: TI200451

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 UDSTEDENDEINSTITUT. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 UDTRAEKNINGSPERIODE. | |
| 03 UDTRAEKNINGSDATO | O |
| 02 ISIN-INTERVAL-START. (HANDELSPRODUKT) | |
| 03 ISIN | F |
| 02 ISIN-INTERVAL-SLUT. (HANDELSPRODUKT) | |
| 03 ISIN | F |

O = obligatorisk,  F = frivillig
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

Forespørgsel på matematisk udtrækningsprocent (TR202161)

**Formål:**
At give deltagere mulighed for at forespørge på udtrækningsprocenten for en given ISIN med matematisk udtrækning pr. en specifik forfaldsdato eller udtrækningsdato, efter udtrækningsprocenten er offentliggjort.

**Behandling hos centraldeltager:**
Alle deltagere kan forespørge på udtrækningsprocenten efter offentliggørelsestidspunktet.



## SYSTEMVEJLEDNING

---

Forespørgslen kan benyttes for ISINs, som er registreret med udtrækningstype 5 (matematisk udtrækning).

**Uddata:**
Transaktionssvar

**DATAFELTER**

| 02 UDTRAEKNINGSPERIODE. | |
|---|---|
|    03 UDTRAEKNINGSDATO | F* |
| 02 FORFALD-AF-PROVENU. | |
|    03 FORFALDSDATO | F* |
| 02 HANDELSPRODUKT. | |
|    03 ISIN | O |

O = obligatorisk,  F = frivillig,  F* = mindst et af felterne skal udfyldes
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.


### Forespørgsel på trækningsspecifikation og resultat (TR202171)

**Formål:**
At give udstedere af obligationer med matematisk udtrækning mulighed for pr. ISIN at forespørge på udtrækningsprocenten efter VP's endelige beregning heraf. Ved forespørgsel efter udtrækningskørslen vises samtidig det faktiske resultat af udtrækningen pr. ISIN.

**Behandling hos centraldeltager:**
Det er den udstederansvarlige eller en relateret udsteder, som kan forespørge på oplysningerne.

Forespørgslen kan benyttes for ISINs, som er registreret med udtrækningstype 5 (matematisk udtrækning).

Forespørgslen kan foretages pr. udsteder på baggrund af udtrækningsdato, eventuelt i interval af ISINs.

**Behandling i VP:**
Det kontrolleres, om deltageren har autorisation til at forespørge på oplysningerne om den/de pågældende ISINs.

Efter VP's beregning af den endelige **udtrækningsprocent, men før resultatet foreligger fra udtrækningskørslen, vises udtrækningsprocenten og grundlaget (cirkulerende mængde og benyttet mængde til udtrækning)** i svaret/info'en. Forespørges der, efter resultatet foreligger fra udtrækningen, vises tillige oplysninger om den faktisk udtrukne mængde pr. ISIN.

**Uddata:**
Transaktionssvar
Info: TI200571

**DATAFELTER**

| 02 ANMELDELSE | |
|---|---|
|    03 AFSENDER-REFERENCE | O |
| 02 UDSTEDENDEINSTITUT. (DELTAGER) | |
|    03 IDENTIFIKATION | O |



**SYSTEMVEJLEDNING**

| | |
|---|---|
| 02 UDTRAEKNINGSPERIODE. | |
| 03 UDTRAEKNINGSDATO | O |
| 02 ISIN-INTERVAL-START. (HANDELSPRODUKT) | |
| 03 ISIN | F |
| 02 ISIN-INTERVAL-SLUT. (HANDELSPRODUKT) | |
| 03 ISIN | F |

O = obligatorisk,  F = frivillig
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

## Investorønsker

### Etablering af investorønske (TC20022v)

**Formål:**
At registrere en kundes ønske i forbindelse med en selskabsrelateret hændelse.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for kundens KI og opdateringsrelateret KI.

**VP-standardsystem:**
D029 kan anvendes.

**Behandling i VP:**
Det kontrolleres, at anmelder er lig med den angivne KI eller en opdateringsrelateret KI.

**Uddata:**
Følgende info-meddelelse dannes:

TI20261v Etablering af investorønske

### DATAFELTER

| | |
|---|---|
| 02 ANMELDELSE. | |
| 03 AFSENDER-REFERENCE | O |
| 02 INVESTOR-OENSKE | |
| 03 IDENTIFIKATION-KI | O |
| 03 VAERDIPAPIRKONTO-NUMMER | O |
| 03 ISIN-FRA | O |
| 03 ISIN-TIL | O |
| 03 MAENGDE | F 1) |
| 03 MAENGDE-BEHANDLINGSKODE | O |
| 03 KOERSELSDATO | O |
| 03 NAVNENOTERINGSKODE | F |
| 03 FORCERINGSMARKERINGSKODE | F |
| 03 PROCENT | F 2) |
| 02 INVESTOR-OENSKE-TYPE | |
| 03 KODE | O |

1) Mængde skal og må kun angives, hvis feltet 'MAENGDE-BEHANDLINGSKODE' er udfyldt med '2'.
2) Procent skal og må kun angives, hvis feltet 'MAENGDE-BEHANDLINGSKODE' er udfyldt med '3' og kun hvis kode for investor-ønske-type er udbytteaktier.



**SYSTEMVEJLEDNING**

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.


## Forespørgsel på investorønske (TR20022v)

**Formål:**
At forespørge på et kundeønske vedrørende en selskabsrelateret hændelse.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for kundens KI og opdateringsrelateret KI.

**VP-standardsystem:**
D029 kan anvendes.

**Behandling i VP:**
Det kontrolleres, at anmelder er lig med den angivne KI eller en opdateringsrelateret KI.

**Uddata:**
Kun skærmsvar.

### DATAFELTER

| 02 ANMELDELSE. | |
|---|---|
|    03 AFSENDER-REFERENCE | O |
| 02 INVESTOR-OENSKE | |
|    03 IDENTIFIKATION-KI | O |
|    03 VAERDIPAPIRKONTO-NUMMER | O |
|    03 ISIN-FRA | O |
|    03 ISIN-TIL | O |
|    03 MAENGDE | / |
|    03 MAENGDE-BEHANDLINGSKODE | / |
|    03 KOERSELSDATO | O |
|    03 NAVNENOTERINGSKODE | / |
|    03 FORCERINGSMARKERINGSKODE | / |
|    03 PROCENT | F |
| 02 INVESTOR-OENSKE-TYPE | |
|    03 KODE | O |

O = obligatorisk,  F = frivillig, / = må ikke udfyldes

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.


## Ændring af investorønske (TU20022v)

**Formål:**
At ændre på en kundes registrerede ønske vedrørende en selskabsrelateret hændelse.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for oprindelig anmelder af det registrerede ønske.



SYSTEMVEJLEDNING

**VP-standardsystem:**
D029 kan anvendes.

**Behandling i VP:**
Det kontrolleres, at anmelder er lig med oprindelig anmelder af det registrerede ønske.

**Uddata:**
Følgende info dannes:

TI20262v Ændring af investorønske

**DATAFELTER**

| 02 ANMELDELSE. | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 INVESTOR-OENSKE | |
| 03 IDENTIFIKATION-KI | O 3) |
| 03 VAERDIPAPIRKONTO-NUMMER | O 3) |
| 03 ISIN-FRA | O 3) |
| 03 ISIN-TIL | O 3) |
| 03 MAENGDE | F 1) |
| 03 MAENGDE-BEHANDLINGSKODE | O |
| 03 KOERSELSDATO | O 3) |
| 03 NAVNENOTERINGSKODE | F |
| 03 FORCERINGSMARKERINGSKODE | F |
| 03 PROCENT | F 2) |
| 02 INVESTOR-OENSKE-TYPE | |
| 03 KODE | O 3) |

1) Mængde skal og må kun angives, hvis feltet 'MAENGDE-BEHANDLINGSKODE' er udfyldt med '2'.
2) Procent skal og må kun angives, hvis feltet 'MAENGDE-BEHANDLINGSKODE' er udfyldt med '3' og kun hvis kode for investor-ønske-type er udbytteaktier.
3) Værdien kan ikke ændres.

O = obligatorisk,   F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

Sletning af investorønske (TD20022v)

**Formål:**
At slette en kundes registrerede ønske vedrørende en selskabsrelateret hændelse.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for oprindelig anmelder af det registrerede ønske.

**VP-standardsystem:**
D029 kan anvendes.

**Behandling i VP:**
Det kontrolleres, at anmelder er lig med oprindelig anmelder af det registrerede ønske.



SYSTEMVEJLEDNING

---

**Uddata:**
Følgende info dannes:

TI20263v Sletning af investorønske

**DATAFELTER**

| 02 ANMELDELSE. | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 INVESTOR-OENSKE | |
| 03 IDENTIFIKATION-KI | O |
| 03 VAERDIPAPIRKONTO-NUMMER | O |
| 03 ISIN-FRA | O |
| 03 ISIN-TIL | O |
| 03 MAENGDE | / |
| 03 MAENGDE-BEHANDLINGSKODE | / |
| 03 KOERSELSDATO | O |
| 03 NAVNENOTERINGSKODE | / |
| 03 FORCERINGSMARKERINGSKODE | / |
| 03 PROCENT | F |
| 02 INVESTOR-OENSKE-TYPE | |
| 03 KODE | O |

O = obligatorisk,  F = frivillig,  / = må ikke udfyldes

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

## Opret anmodning om udtræk af investorønsker (TC20118v)

**Formål:**
At etablere en rekvisition for udtrækning af investorønsker.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for DC.

**VP-standardsystem:**
D122 kan anvendes.

**Behandling i VP:**
Det kontrolleres, at anmelder er lig med den angivne KI eller en opdateringsrelateret KI.

**Uddata:**
Kun skærmsvar.

**DATAFELTER**

| 02 REKVISITION. | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 03 KOERSELSDATO | |
| 02 AFTALEHAVER. (DELTAGER) | |
| 03 IDENTIFIKATION | |



**SYSTEMVEJLEDNING**

| 02 KONTOFOERENDEINSTITUT. (DELTAGER) | |
|---|---|
|    03 IDENTIFIKATION | |
| 02 DATACENTER. (DELTAGER) | |
|    03 IDENTIFIKATION | |
| 02 SELSKABSHAENDELSE. | |
|    03 NUMMER | |
| 02 REKVISITIONSOPLYSNINGER. | |
|    03 SOEG-FRA-ISIN | |
|    03 SOEG-TIL-ISIN | |

O = obligatorisk,  F = frivillig

Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi (se feltbeskrivelser), vil denne blive isat ved modtagelsen i VP.

## BIC

### Etablering af BIC service periode (TC20021v)

**Formål:**
At registrere en kundes Bank Identifikations Kode (BIC) til brug ved indrapportering og makkersøgning af preadvices.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for kundens KI og en opdaterings-relateret KI.

**VP-standardsystem:**
D095 kan anvendes.

**Behandling i VP:**
Det kontrolleres, at anmelder er lig med den angivne KI eller en opdateringsrelateret KI.

**Uddata:**
Kun skærmsvar.
Dagligt dannes info TI202651 - Oversigt over oplysninger om BIC-koder, at informere om en deltagers understøttelse af BIC-koder.

### DATAFELTER

| 02 DELTAGER | |
|---|---|
|    03 IDENTIFIKATION | O |
| 02 BIC-SERVICE-PERIODE | |
|    03 BANK-IDENTIFIKATIONS-KODE | O |
|    03 INVESTORNAVN | O |
|    03 STARTDATO | O |
|    03 SLUTDATO | F |

O = obligatorisk,  F = frivillig
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi, se Feltbeskrivelser 7 (Nyt system), vil denne blive isat ved modtagelsen i VP.



**SYSTEMVEJLEDNING**

---

## Forespørgsel på BIC service periode (TR20021v)

**Formål:**
At forespørge på, hvilken KI/hvilke KI'er, der understøtter en given Bank Identifikations Kode (BIC).

**Behandling hos deltageren:**
Transaktionen er tilgængelig for alle.

**VP-standardsystem:**
D095 kan anvendes.

**Behandling i VP:**
Det kontrolleres, at anmelder er aktiv.

**Uddata:**
Kun skærmsvar.

**DATAFELTER**

| 02 DELTAGER | |
|---|---|
| 03 IDENTIFIKATION | / |
| 02 BIC-SERVICE-PERIODE | |
| 03 BANK-IDENTIFIKATIONS-KODE | O * |
| 03 INVESTORNAVN | / |
| 03 STARTDATO | / |
| 03 SLUTDATO | / |

O = obligatorisk,  F = frivillig, / = må ikke udfyldes
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi, se Feltbeskrivelser 7 (Nyt system), vil denne blive isat ved modtagelsen i VP.

## Ændring af BIC service periode (TU20021v)

**Formål:**
At ændre oplysningerne registreret under en kundes Bank Identifikations Kode (BIC).

**Behandling hos deltageren:**
Transaktionen er tilgængelig for kundens KI og en opdateringsrelateret KI.

**VP-standardsystem:**
D095 kan anvendes.

**Behandling i VP:**
Det kontrolleres, at anmelder er lig med den angivne KI eller en opdateringsrelateret KI.

**Uddata:**
Kun skærmsvar.
Dagligt dannes info TI202651 - Oversigt over oplysninger om BIC-koder, at informere om en deltagers understøttelse af BIC-koder.

---

* Det er muligt kun at angive en del af BIC-koden.



**SYSTEMVEJLEDNING**

---

**DATAFELTER**

| 02 DELTAGER | |
|---|---|
| 03 IDENTIFIKATION | O |
| 02 BIC-SERVICE-PERIODE | |
| 03 BANK-IDENTIFIKATIONS-KODE | O |
| 03 INVESTORNAVN | F |
| 03 STARTDATO | F |
| 03 SLUTDATO | F |

O = obligatorisk,  F = frivillig
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi, se Feltbeskrivelser 7 (Nyt system), vil denne blive isat ved modtagelsen i VP.

Sletning af BIC service periode (TD20021v)

**Formål**:
At slette alle registrerede oplysninger under en kundes Bank Identifikations Kode (BIC).

**Behandling hos deltageren**:
Transaktionen er tilgængelig for kundens KI og en opdateringsrelateret KI.

**VP-standardsystem**:
D095 kan anvendes.

**Behandling i VP**:
Det kontrolleres, at anmelder er lig med den angivne KI eller en opdateringsrelateret KI.

**Uddata**:
Kun skærmsvar.
Dagligt dannes info TI202651 - Oversigt over oplysninger om BIC-koder, at informere om en deltagers understøttelse af BIC-koder.

**DATAFELTER**

| 02 DELTAGER | |
|---|---|
| 03 IDENTIFIKATION | O |
| 02 BIC-SERVICE-PERIODE | |
| 03 BANK-IDENTIFIKATIONS-KODE | O |
| 03 INVESTORNAVN | / |
| 03 STARTDATO | / |
| 03 SLUTDATO | / |

O = obligatorisk,  F = frivillig, / = må ikke udfyldes
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi, se Feltbeskrivelser 7 (Nyt system), vil denne blive isat ved modtagelsen i VP.

Etablering af deltager BIC administration (TC20230v)

**Formål**:
At registrere en kundes Bank Identifikations Kode (BIC) til brug for fremfinding af en cd-ident til indrapportering af preadvices.



**SYSTEMVEJLEDNING**

**Behandling hos deltageren:**
Transaktionen er tilgængelig for KI -ST/FH og en med opdateringsrelation.

**VP-standardsystem:**
D372 anvendes.
**Behandling i VP:**
Det kontrolleres, at anmelder er lig med den angivne KI -ST/FH eller en med opdateringsrelation.

**Uddata:**
Skærmsvar.
Dagligt dannes info TI202681 - Oversigt over oplysninger om deltager-BIC-koder, som informerer om en deltagers understøttelse af BIC-koder.

**DATAFELTER**

| 02 ANMELDELSE. | |
|---|---|
|    03 AFSENDER-REFERENCE | F |
| 02 DELTAGER. | |
|    03 IDENTIFIKATION | O |
| 02 TILSLUTNINGS-FUNKTION. | |
|    03 TYPE | O |
| 02 DELTAGER-BIC. | |
|    03 BANK-IDENTIFIKATIONS-KODE | O 1) |
|    03 BIC-NAVN | O 2) |
|    03 STARTDATO | O |
|    03 SLUTDATO | F |
|    03 BIC-DEFAULT-KODE | F 3) |

**O = obligatorisk,  F = frivillig**
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi, se Feltbeskrivelser 7 (Nyt system), vil denne blive isat ved modtagelsen i VP.

1) BIC-koden skal være 8 eller 11 tegn lang uden mellemrum og de tre sidste tegn må ikke være XXX
2) Må ikke være blank
3) Hvis denne ikke er udfyldt, sættes den til 2 = nej. Default koden kan kun være 1 hvis tilslutningsfunktionen er FH eller ST.

**Forespørgsel på deltager BIC administration (TR20230v)**
**Formål:**
At forespørge på en kundes Bank Identifikations Kode (BIC).

**Behandling hos deltageren:**
Transaktionen er tilgængelig for alle.
**VP-standardsystem:**
D372 anvendes
Ved F2 vis skal følgende felter være udfyldt:
      Deltager identifikation
      Tilslutningsfunktion
      BIC-kode

eller F4 list kan anvendes ved at udfylde en eller flere at følgende felter:
      Deltager identifikation



## SYSTEMVEJLEDNING

---

   Tilslutningsfunktion
   BIC-kode

Hvis ingen af felterne udfyldes, får man samtlige BIC-koder der er registreret.
I dette skærmbillede er der også mulighed for at forespørge på TYPE 06=AH (som bruges til TARGET2).

Hvis man vil hente en deltager fra list billedet til rettelse, sættes X ud for den aktuelle og man returnerer
med F3 retur til D372. (Dette gælder dog ikke for TYPE 06=AH).

Uddata:
Kun skærmsvar.

DATAFELTER

| 02 ANMELDELSE. | |
|---|---|
|  03 AFSENDER-REFERENCE | F |
| 02 DELTAGER. | |
|  03 IDENTIFIKATION | O |
| 02 TILSLUTNINGS-FUNKTION. | |
|  03 TYPE | O |
| 02 DELTAGER-BIC. | |
|  03 BANK-IDENTIFIKATIONS-KODE | O |
|  03 BIC-NAVN | / |
|  03 STARTDATO | F |
|  03 SLUTDATO | / |
|  03 BIC-DEFAULT-KODE | / |

O = obligatorisk,  F = frivillig, / = må ikke udfyldes
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi, se Feltbeskrivelser 7 (Nyt system),
vil denne blive isat ved modtagelsen i VP.

### Ændring af deltager BIC administration (TU20230v)
Formål:
At ændre oplysningerne registreret under en kundes Bank Identifikations Kode (BIC).

Behandling hos deltageren:
Transaktionen er tilgængelig for KI -ST/FH eller en med opdateringsrelation.

VP-standardsystem:
D372 anvendes.
Følgende felter skal være udfyldt og F2 vis skal aktiveres før ændring
   Deltager identifikation
   Tilslutningsfunktion
   BIC-kode

Behandling i VP:
Det kontrolleres, at anmelder er lig med den angivne KI -ST/FH eller en med opdateringsrelation.

Uddata:
Skærmsvar.



**S**YSTEM**VEJLEDNING**

Dagligt dannes info TI202681 - Oversigt over oplysninger om deltager-BIC-koder, som informerer om en deltagers understøttelse af BIC-koder.

**DATAFELTER**

| 02 ANMELDELSE. | |
|---|---|
|    03 AFSENDER-REFERENCE | F |
| 02 DELTAGER. | |
|    03 IDENTIFIKATION | O |
| 02 TILSLUTNINGS-FUNKTION. | |
|    03 TYPE | O |
| 02 DELTAGER-BIC. | |
|    03 BANK-IDENTIFIKATIONS-KODE | O |
|    03 BIC-NAVN | F 1) |
|    03 STARTDATO | O |
|    03 SLUTDATO | F |
|    03 BIC-DEFAULT-KODE | F |

**O = obligatorisk,  F = frivillig, / = må ikke udfyldes**
Ved manglende udfyldelse af et frivilligt felt, der en defaultværdi, se Feltbeskrivelser 7 (Nyt system), vil denne blive isat ved modtagelsen i VP.

1) Må ikke være blank

Sletning af deltager BIC administration (TD20230v)
**Formål:**
At slette alle registrerede oplysninger under en kundes Bank Identifikations Kode (BIC).

**Behandling hos deltageren:**
Transaktionen er tilgængelig for KI -ST/FH eller en med opdateringsrelation.

**VP-standardsystem:**
D372 anvendes.
Følgende felter skal være udfyldt og F2 vis skal aktiveres før sletning
        Deltager identifikation
        Tilslutningsfunktion
        BIC-kode

**Behandling i VP:**
Det kontrolleres, at anmelder er lig med den angivne KI- ST/FH eller en med opdateringsrelation.

**Uddata:**
Skærmsvar.
Dagligt dannes info TI202681 - Oversigt over oplysninger om deltager-BIC-koder, som informerer om en deltagers understøttelse af BIC-koder.

**DATAFELTER**

| 02 ANMELDELSE. | |
|---|---|
|    03 AFSENDER-REFERENCE | F |
| 02 DELTAGER. | |
|    03 IDENTIFIKATION | O |



**SYSTEMVEJLEDNING**

| | | |
|---|---|---|
| 02 TILSLUTNINGS-FUNKTION. | | |
| | 03 TYPE | O |
| 02 DELTAGER-BIC. | | |
| | 03 BANK-IDENTIFIKATIONS-KODE | O |
| | 03 BIC-NAVN | / |
| | 03 STARTDATO | O |
| | 03 SLUTDATO | / |
| | 03 BIC-DEFAULT-KODE | / |

O = obligatorisk,  F = frivillig, / = må ikke udfyldes
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi, se Feltbeskrivelser 7 (Nyt system),
vil denne blive isat ved modtagelsen i VP.

## Corporate Actions

### Etablering af udbytteflytning (TC20027v)

**Formål:**
At kunne flytte et brutto udbyttebeløb fra en værdipapirkonto til en anden og korrigere skattebeløb for
afgiver og modtager i henhold til gældende beskatningsregler.

**Behandling hos deltageren:**
Anmelder af transaktionen skal være det afgivende kontoførende institut (KI) for værdipapirkontoen eller
af et afgivende opdateringsrelateret kontoførende institut (KI).

Udbytteflytning kan foretages indtil udgangen af det kalenderår, hvori udbyttet er beregnet, dog altid
uden virkning for betalingsformidlingen. Det kontante udbytte og evt. ændringer i udbytteskatten skal
således afregnes manuelt.
Udbyttebeløbet skal være registreret på den afgivende VP-konto, før flytning kan ske. Der kan altså ikke
disponeres over udbyttebeløb samme dag som udbytteberegningen finder sted.

Ved flytning af udbytte efter U2-skattekørslen skal kontoførende institut afregne/tilbagesøge evt.
ændringer i udbytteskatten direkte over for SKAT.

Hvis der flyttes til en vp-konto, hvor der i forvejen findes udbytteoplysninger, anvendes de samme
værdier for landekode, dobbeltbeskatningsaftale og kode for anvendt udbytte-erklæring som blev brugt
ved oprindelig beregning.

**Behandling i VP:**
Der dannes dokumentation til udstederansvarlig, hvis udbytteskatten ændres som følge af udbytteflytning
til/fra vp-konti, hvorpå der er beregnet udbytteskat efter en dobbeltbeskatningsaftale, nedsat pga. SEL
eller som er friholdt pga. REV, FRI eller KAP.

Godkendte transaktioner behandles umiddelbart efter indrapporteringen.

**VP-standardsystem:**
D191 kan anvendes.

**Uddata:**
Der dannes følgende info-meddelelser:

TI20323v                Udbytteflytning til KI



**S**YSTEMVEJLEDNING

---

TI20328v          Ændring af udbytteskat til udstederansvarlig

**DATAFELTER**

| | | |
|---|---|---|
| **02 ANMELDELSE** | | |
| | **03 AFSENDER-REFERENCE** | O |
| **02 AFGIVENDE-KONTO** | | |
| | **03 KONTOFOERENDE-INSTITUT. (DELTAGER)** | |
| | | **04 IDENTIFIKATION** | O |
| | **03 VAERDIPAPIRKONTO** | |
| | | **04 NUMMER** | O |
| **02 MODTAGENDE-KONTO** | | |
| | **03 KONTOFOERENDE-INSTITUT. (DELTAGER)** | |
| | | **04 IDENTIFIKATION** | O |
| | **03 VAERDIPAPIRKONTO** | |
| | | **04 NUMMER** | O |
| **02 HANDELSPRODUKT** | | |
| | **03 ISIN** | O |
| **02 UDBYTTE** | | |
| | **03 KOERSELSDATO** | O |
| | **03 BRUTTO-BELOEB** | O |
| **02 VALUTA** | | |
| | **03 ISO-KODE** | O |
| **02 PROVENUTYPE** | | |
| | **03 KODE** | O |

O = obligatorisk

Ændring af anvendt udbytteerklærings kode (TU20028v)
**Formål:**
At kunne ændre kode for anvendt udbytteerklæring for et beregnet udbytte.

**Behandling hos centraldeltager:**
Transaktionen indrapporteres af det kontoførende institut i de tilfælde, hvor VP-kontoens kode for udbytteerklæring ikke har været korrekt på udbytteberegningstidspunktet. Ændringen gælder for udbytteberegningen i en enkelt ISIN.
**Forudsætninger:**
Ændringen i kode for anvendt udbytteerklæring, kan ske indtil U2-skattekørslen.
Ændring i kode for anvendt udbytteerklæring må ikke foretages i perioden mellem beregningsdato og betalingsformidlingsdato.

**VP-standardsystem:**
D192 kan anvendes.
Her skal indtastes data i alle felter, dog kan data i feltet udbytte-ændring = anvendt udbytteerklæringskode blive vist ved at taste F02=vis.

**Behandling i VP:**
Godkendte transaktioner behandles umiddelbart efter indrapporteringen.

**Uddata:**
Der dannes følgende info-meddelelser:



**S**YSTEM**VEJLEDNING**

---

| TI20322v | Ændring af anvendt udbytteerklæring til KI |
|----------|---------------------------------------------|
| TI20328v | Ændring af udbytteskat til udstederansvarlig |

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE. | |
|    03 AFSENDER-REFERENCE | O |
| 02 KONTOFOERENDE-INSTITUT. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO | |
|    03 NUMMER | O |
| 02 HANDELSPRODUKT | |
|    03 ISIN | O |
| 02 UDBYTTE | |
|    03 KOERSELSDATO | O |
|    03 ANVENDT-UDBYTTEERKLAERINGS-KODE | O |
| 02 PROVENUTYPE | |
|    03 KODE | O |

O = obligatorisk

## Vis anvendt udbytteerklærings kode (TR20028v)

**Formål:**
At vise kode for anvendt udbytteerklæring for et beregnet udbytte.

**Behandling hos centraldeltager:**
Det kontoførende institut kan forespørge på anvendt udbytteerklæringskode på en vp-konto.

**VP-standardsystem:**
D192 kan anvendes.

**Uddata:**
Forefindes kun som skærmsvar

**DATAFELTER**

| | |
|---|---|
| 02 ANMELDELSE. | |
|    03 AFSENDER-REFERENCE | O |
| 02 KONTOFOERENDE-INSTITUT. (DELTAGER) | |
|    03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO | |
|    03 NUMMER | O |
| 02 HANDELSPRODUKT | |
|    03 ISIN | O |
| 02 UDBYTTE | |
|    03 KOERSELSDATO | O |
|    03 ANVENDT-UDBYTTEERKLAERINGS-KODE | O |
| 02 PROVENUTYPE | |
|    03 KODE | O |



**SYSTEMVEJLEDNING**

---

O = obligatorisk

## Ændring af udbytteskat (TU20029v)

**Formål:**
At kunne ændre/korrigere i den beregnede udbytteskat på en vp-konto for en given ISIN.

**Behandling hos centraldeltager:**
Transaktionen indrapporteres af det kontoførende institut og kan anvendes, efter at U2-skattekørslen har fundet sted, for udenlandske selskaber efter dispositionsdatoen.

Ændringer i udbytteskatten kan foretages indtil sidste bankdag i året og vil fremgå af årsopgørelserne.

Det kontoførende institut er ansvarlig for at indberette henholdsvis tilbagesøge udbytteskatten hos SKAT.

**VP-standardsystem:**
D193 kan anvendes.
Her skal indtastes data i alle felter, dog kan data i feltet udbytte-ændring = skattebeløb blive vist ved at taste F02=vis.
I feltet Valuta ISO kode indtastes den valuta udbyttebeløbet er udbetalt i.
Feltet udbyttetype skal udfyldes med kode 3 = udbytte eller kode 5 = udbyttelignende udlodning,

**Behandling i VP:**
Godkendte transaktioner behandles umiddelbart efter indrapporteringen.

**Uddata:**
Der dannes følgende info-meddelelser:

TI20324v            Ændring af udbytteskat til KI

## DATAFELTER

| | |
|---|---|
| 02 ANMELDELSE. | |
| 03 AFSENDER-REFERENCE | O |
| 02 KONTOFOERENDE-INSTITUT. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO | |
| 03 NUMMER | O |
| 02 HANDELSPRODUKT | |
| 03 ISIN | O |
| 02 UDBYTTE | |
| 03 KOERSELSDATO | O |
| 03 SKATTE-BELOEB | O |
| 02 VALUTA | |
| 03 ISO-KODE | O |
| 02 PROVENUTYPE | |
| 03 KODE | O |

O = obligatorisk



**SYSTEMVEJLEDNING**

## Vis udbytteskat (TR20029v)

**Formål:**
At vise det beregnede skattebeløb, der er registreret på vp-kontoen for en given ISIN.

**Behandling hos centraldeltager:**
Det kontoførende institut kan forespørge på skattebeløb på en vp-konto.

**VP-standardsystem:**
D193 kan anvendes.

**Uddata:**
Forefindes kun som skærmsvar

**DATAFELTER**

| 02 ANMELDELSE. | |
|---|---|
| 03 AFSENDER-REFERENCE | O |
| 02 KONTOFOERENDE-INSTITUT. (DELTAGER) | |
| 03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO | |
| 03 NUMMER | O |
| 02 HANDELSPRODUKT | |
| 03 ISIN | O |
| 02 UDBYTTE | |
| 03 KOERSELSDATO | O |
| 03 SKATTE-BELOEB | O |
| 02 VALUTA | |
| 03 ISO-KODE | O |
| 02 PROVENUTYPE | |
| 03 KODE | O |

O = obligatorisk

## Etablering af generel geninvesteringsaftale(TC20071v)

**Formål:**
At registrere en kundes generelle geninvesteringsaftale i forbindelse med selskabsrelaterede hændelser hvor der tilbydes udbytteaktier.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for kundens KI og opdateringsrelateret KI.

**VP-standardsystem:**
D195 kan anvendes.

**Uddata:**
Følgende info-meddelelse dannes:

TI20361v        Etablering af generel geninvesteringsaftale

**DATAFELTER**

| 02 ANMELDELSE. | |
|---|---|



**SYSTEMVEJLEDNING**

| | 03 AFSENDER-REFERENCE | O |
|---|---|---|
| 02 KONTOFØRENDEINSTITUT. (DELTAGER) | | |
| | 03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO. | | |
| | 03 NUMMER | O |
| 02 GENINVESTERINGSAFTALE. | | |
| | 03 KODE | O |
| | 03 PROCENT | F 1) |
| | 03 NAVNENOTERINGSKODE | F |

1) Procent må kun angives, hvis feltet ' KODE' er udfyldt med '1'.
Hvis procent ikke angives ved kode 1, sættes procent til 100.

O = obligatorisk,  F = frivillig
Ved manglende udfyldelse af et frivilligt felt, der har en defaultværdi, se Feltbeskrivelser 7 (Nyt system),
vil denne blive sat til defaultværdien ved modtagelsen i VP.

## Forespørgsel på generel geninvesteringsaftale(TR20071v)

**Formål:**
At forespørge på en kundes generelle geninvesteringsaftale i forbindelse med selskabsrelaterede
hændelser hvor der tilbydes udbytteaktier.

**Behandling hos deltageren:**
Transaktionen er tilgængelig for kundens KI og opdateringsrelateret KI.

**VP-standardsystem:**
D195 kan anvendes.

**Uddata:**
Kun skærmsvar.

**DATAFELTER**

| 02 ANMELDELSE. | | |
|---|---|---|
| | 03 AFSENDER-REFERENCE | O |
| 02 KONTOFØRENDEINSTITUT. (DELTAGER) | | |
| | 03 IDENTIFIKATION | O |
| 02 VAERDIPAPIRKONTO. | | |
| | 03 NUMMER | O |
| 02 GENINVESTERINGSAFTALE. | | |
| | 03 KODE | / |
| | 03 PROCENT | / |
| | 03 NAVNENOTERINGSKODE | / |

O = obligatorisk,  / = må ikke udfyldes

## Ændring af generel geninvesteringsaftale(TU20071v)

**Formål:**
At ændre en kundes generelle geninvesteringsaftale i forbindelse med selskabsrelaterede hændelser hvor
der tilbydes udbytteaktier.