# Exhibit 1, Part 9

CONFIDENTIAL

**In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
Expert Report of Bruce G. Dubinsky
Exhibit 4 – Summary of Bellwether Cash Flows

| Pension Plan[1] | Beneficiary[1] | Purported Danish Stock Investment[2] | Purported Dividends[3] | Refunds Received | Reclaim Agent Fee | Ganymede Payment | Purported Trading and Brokers Fees | Partnership Payments | Other | Amount Left for Plan | % of Tax Refund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bernina Pension Plan[4] | John van Merkensteijn | $ 1,878,998,228 | $ 38,365,775 | $ 10,358,759 | $ (94,394) | $ (6,875,498) | $ (195,420) | $ - | $ - | $ 3,193,447 | 30.8% |
| RJM Capital Pension Plan[5] | Richard Markowitz | $ 1,970,247,159 | $ 39,910,271 | $ 10,621,413 | $ (55,545) | $ (7,107,621) | $ (70,814) | $ - | $ - | $ 3,387,433 | 31.9% |
| Delvian LLC Pension Plan[5] | Alicia Colodner | $ 2,066,790,606 | $ 44,953,257 | $ 11,923,504 | $ (53,830) | $ (7,849,298) | $ (136,322) | $ (3,689,851) | $ - | $ 194,203 | 1.6% |
| Basalt Ventures LLC Roth 401(k) Plan[6] | John van Merkensteijn | $ 672,112,226 | $ 15,373,992 | $ 4,150,978 | $ (35,283) | $ (3,113,233) | $ (115,581) | $ - | $ - | $ 886,880 | 21.4% |
| STOR Capital Consulting LLC 401(k) Plan[7] | Robert Klugman | $ 646,576,763 | $ 14,657,801 | $ 3,957,606 | $ (33,640) | $ (2,968,205) | $ (94,177) | $ - | $ - | $ 861,585 | 21.8% |
| Edgepoint Capital LLC Roth 401(k) Plan[8] | Robert Klugman | $ 802,387,731 | $ 17,092,435 | $ 4,704,675 | $ (35,285) | $ (3,528,506) | $ (447,493) | $ - | $ - | $ 993,391 | 21.1% |
| Loggerhead Services LLC Roth 401(k) Plan[9] | Perry Lerner | $ 1,074,275,449 | $ 38,725,090 | $ 10,455,774 | $ (52,061) | $ (7,841,831) | $ (132,379) | $ (2,350,183) | 41,194 | $ 120,514 | 1.2% |
| Roadcraft Technologies LLC Roth 401(k) Plan[10] | Ronald Altbach | $ 1,041,022,669 | $ 36,885,870 | $ 9,959,185 | $ (53,866) | $ (7,469,389) | $ (148,186) | $ (2,316,050) | 150,274 | $ 121,967 | 1.2% |
| The Baeronet Capital Investments LLC 401(k) Plan[11] | David Zelman | $ 694,869,341 | $ 16,223,622 | $ 4,380,378 | $ (32,853) | $ (3,285,283) | $ (119,089) | $ (933,950) | 38,134 | $ 47,337 | 1.1% |
| The Costello Advisors Pension Plan[12] | Gavin Crescenzo | $ 660,099,881 | $ 14,872,599 | $ 4,015,602 | $ (30,117) | $ (3,889,380) | $ (96,105) | $ - | $ - | $ - | 0.0% |
| The LBR Capital Pension Plan[13] | Doston Bradley | $ 737,873,456 | $ 15,891,086 | $ 4,290,593 | $ (42,906) | $ (4,118,328) | $ (129,301) | $ - | (59) | $ - | 0.0% |
| The FWC Capital LLC Pension Plan[14] | Roger Lehman | $ 1,183,509,081 | $ 38,830,045 | $ 10,484,112 | $ (53,252) | $ (10,275,618) | $ (155,142) | $ - | $ - | $ - | 0.0% |
| The Proper Pacific LLC 401(k) Plan[15] | Doston Bradley | $ 783,034,148 | $ 15,995,932 | $ 4,318,902 | $ (43,189) | $ (4,150,142) | $ (125,582) | $ - | 11 | $ - | 0.0% |
| The Oaks Group Pension Plan[16] | Matthew Tucci | $ 1,139,614,285 | $ 38,221,886 | $ 10,319,909 | $ (52,108) | $ (10,140,940) | $ (133,557) | $ - | 6,695 | $ - | 0.0% |
| The SVP 401(k) Plan[17] | Svetlin Petkov | $ 610,996,178 | $ 14,097,947 | $ 3,806,446 | $ (28,548) | $ (3,689,260) | $ (88,637) | $ - | $ - | $ - | 0.0% |
| **Total** | | $ 15,962,407,201 | $ 400,097,608 | $ 107,747,836 | $ (696,977) | $ (86,302,533) | $ (1,887,784) | $ (9,290,034) | 236,249 | $ 9,806,757 | |
| *% of Tax Refunds* | | | | | | 80.1% | | 8.6% | | | |

Notes:

1 See Exhibit 1.01-1.04

2 This amount represents the USD equivalent of Step 1 of the Solo Trading Loops shown in Exhibit 3. Historical daily exchange rates obtained from Capital IQ.

3 Dividends converted into USD using historical daily exchange rates obtained from Capital IQ. See SKAT_MDL_001_00059498; SKAT_MDL_001_00059293; SKAT_MDL_001_00075073; SKAT_MDL_001_00080795; SKAT_MDL_001_01458b; SKAT_MDL_001_00060743; SKAT_MDL_001_00056852; SKAT_MDL_001_00048046; SKAT_MDL_001_00085151; SKAT_MDL_001_00089378; SKAT_MDL_001_00082801; SKAT_MDL_001_00088572; SKAT_MDL_001_03565; SKAT_MDL_001_027929

4 WH_MDL_00037988; MPSKAT00081173; MPSKAT00085392; MPSKAT00016523; MPSKAT00168385; MPSKAT00169582; WH_MDL_00108321; MPSKAT00001427; MPSKAT00001580; MPSKAT00001826; GUNDERSON00003181; MPSKAT00001360; MPSKAT00034414; MPSKAT00009278; MPSKAT00010195S; MPSKAT00037718; MPSKAT00129628; MPSKAT00013661; MPSKAT00014573

5 MPSKAT00160609

6 WH_MDL_00162577; MPSKAT00007325; GUNDERSON00000434; MPSKAT00007256; WH_MDL_00037259; WH_MDL_00043703; WH_MDL_00043788; WH_MDL_00049841; WH_MDL_00080278; JHVM_0001854

7 ELYSIUM-05091143; KLUGMAN00067805; KLUGMAN00067806; KLUGMAN00067807; STOR00001880

8 KLUGMAN00019243; MPSKAT00007321; MPSKAT00006968; KLUGMAN00003945; WH_MDL_00036641; WH_MDL_00037493; WH_MDL_00044406; WH_MDL_00086296; WH_MDL_00059029; KLUGMAN00003565

9 MBP_0048625; ELYSIUM-05394473; MPSKAT00007016; MPSKAT00080939; WH_MDL_00090795; KLUGMAN00003356; LBR0000089; MPSKAT00005894; MPSKAT00001806; LBR0000078; PL00000563

10 WH_MDL_00029587; MPSKAT00007347; MPSKAT00007017; KLUGMAN00003362; WH_MDL_00090784; WH_MDL_00007264; WH_MDL_00049946; WH_MDL_00050282; KLUGMAN00003260; WH_MDL_00090783; RC00000056

11 WH_MDL_00029448; MPSKAT00030072; COSTELLO00000892; COSTELLO00000313; COSTELLO00000314

12 LEHMAN00019473; COSTELLO00000992; COSTELLO00000314

13 LBR0000139-346; LBR0000012b; ELYSIUM-05065401; ELYSIUM-05088638

14 FWCCAP00000194; LEHMAN00019330; ELYSIUM-05088637; ELYSIUM-05269913; FWCCAP00004407-413

15 PROPPACIF00000533; ELYSIUM-05088659; ELYSIUM-05093143; PROPPACIFIC00000113; PROPPACIFIC00000317-321

16 OAKS0000006; OAKS0000054; OAKS000000294-296

17 ELYSIUM-05091143; SVP00000117-313

**APPENDIX D**

**EXHIBIT 5 – SAMPLE CASH FLOW ANALYSIS**

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 5.01 - Summary of Cash Flows from Sample Claims (Argre)

| Shareholder (Pension Plan) [1] | Beneficiary [1] | Share | Date of request to SKAT [1] | Date Deposited | Claimed Withheld dividend tax (DKKs) | Fx Rate [2] | Claimed Withheld dividend tax (USD) | Ganymede % | Payment to Ganymede (USD) | Partnership % | Partnership Payment (USD) [3] | Maximum Potential Amount Remaining for Plan (USD) [4] | % of Tax Refund to Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mill River Capital Management Pension Plan [5] | Adam Larosa | Chr. Hansen Holding A/S | 12/21/2012 | 2/6/2013 | 783,000.00 | 5.51135 | 142,070.45 | 66.7% | (94,718.37) | 90% | (42,616.67) | 4,735.21 | 3.3% |
| Xiphias LLC Pension Plan [6] | Quartet | Novo Nordisk A/S - B | 4/19/2013 | 5/15/2013 | 13,851,000.00 | 5.79878 | 2,388,605.88 | 66.7% | (1,592,483.54) | n/a | (15,955.83) | 796,122.34 | 33.3% |
| 2321 Capital Pension Plan [7] | Lake McGee | DSV A/S | 4/19/2013 | 5/15/2013 | 286,875.00 | 5.79878 | 49,471.61 | 66.1% | (32,676.00) | 95% | - | 839.78 | 1.7% |
| Remece Investments LLC Pension Plan [8] | Quartet | TDC A/S | 4/23/2013 | 5/8/2013 | 2,235,600.00 | 5.65433 | 395,378.41 | 66.3% | (262,135.89) | n/a | - | 133,242.52 | 33.7% |
| California Catalog Company Pension Plan [9] | Daniel Stein | FL Smidth & Co A/S | 5/16/2013 | 6/17/2013 | 777,600.00 | 5.59373 | 139,012.79 | 66.1% | (91,837.95) | 95% | (44,835.10) | 2,359.74 | 1.7% |
| DFL Investments Pension Plan [10] | David Colodner | Tryg A/S | 5/16/2013 | 6/17/2013 | 1,614,600.00 | 5.59373 | 288,644.61 | 66.1% | (190,649.76) | 95% | (93,095.10) | 4,899.74 | 1.7% |
| Routledge LLC Pension Plan [11] | Alexander Burns | A.P. Moller Maersk A/S - B | 5/16/2013 | 6/17/2013 | 3,110,400.00 | 5.59373 | 556,051.15 | 66.1% | (367,271.78) | 90% | (169,901.43) | 18,877.94 | 3.4% |
| Michelle Investments Pension Plan [12] | Quartet | Novo Nordisk A/S - B | 5/16/2013 | 6/17/2013 | 14,580,000.00 | 5.59373 | 2,606,489.77 | 66.1% | (1,723,411.03) | n/a | - | 883,078.73 | 33.9% |
| Davis Investments Pension Plan [13] | David Vinyon | Tryg A/S | 6/12/2013 | 6/27/2013 | 877,590.00 | 5.73072 | 153,122.12 | 66.1% | (101,259.66) | 90% | (46,676.22) | 5,186.25 | 3.4% |
| Next Level Pension Plan [14] | Edwin Miller | Chr. Hansen Holding A/S | 12/10/2013 | 1/2/2014 | 1,325,488.64 | 5.46185 | 242,681.26 | 66.7% | (161,795.60) | 95% | (76,841.38) | 4,044.28 | 1.7% |
| 2321 Capital Pension Plan [7] | Lake McGee | Coloplast A/S - B | 1/6/2014 | 2/5/2014 | 1,699,110.00 | 5.51333 | 308,182.17 | 66.7% | (205,465.05) | 95% | (97,581.26) | 5,135.86 | 1.7% |
| Michelle Investments Pension Plan [16] | Quartet | Coloplast A/S - B | 1/6/2014 | 2/5/2014 | 1,854,090.00 | 5.51333 | 336,292.22 | 66.7% | (224,206.02) | n/a | - | 112,086.20 | 33.3% |
| Laegeler Asset Management Pension Plan [17] | Brian & Cindy Laegeler | Danske Bank A/S | 4/17/2014 | 6/3/2014 | 2,351,536.92 | 5.47754 | 429,305.29 | 66.6% | (286,217.84) | n/a | (128,778.71) | 14,308.75 | 3.3% |
| Bowline Management Pension Plan [17] | Lake McGee | Coloplast A/S - B | 5/27/2014 | 7/7/2014 | 641,734.92 | 5.48118 | 117,079.70 | 66.6% | (77,975.08) | 95% | (37,149.39) | 1,955.23 | 1.7% |
| Davis Investments Pension Plan [17] | David Vinyon | Coloplast A/S - B | 5/27/2014 | 7/7/2014 | 763,830.00 | 5.48118 | 139,355.03 | 66.6% | (92,908.00) | 90% | (41,802.33) | 4,644.70 | 3.3% |
| Next Level Pension Plan [17] | Edwin Miller | Coloplast A/S - B | 5/27/2014 | 7/7/2014 | 690,261.48 | 5.48118 | 125,933.01 | 66.6% | (83,959.54) | 95% | (39,874.80) | 2,098.67 | 1.7% |
| Remece Investments LLC Pension Plan [18] | Quartet | TDC A/S | 8/15/2014 | 8/28/2014 | 1,130,020.88 | 5.65628 | 199,781.64 | 66.1% | (132,055.66) | n/a | - | 67,725.98 | 33.9% |
| **Total** | | | | | **48,572,437.84** | | **8,617,457.11** | | **(5,721,096.77)** | | **(835,108.42)** | **2,061,341.92** | |
| *% of Tax Refunds* | | | | | | | | 66.4% | | | | | 9.7% |

Notes:

1 See Exhibit 1.01.
2 S&P Capital IQ.
3 Partnership payments are calculated by applying the partnership percentages from each plan's agreement expenses which were paid by the plans to brokers and other Shah related entities. See Richard Markowitz Exhibit 2133.
4 This does not take into account additional expenses which were paid by the plans to brokers and other Shah related entities.
5 ELYSIUM-05271121; MPSKAT00164495; MPSKAT00020011
6 ELYSIUM-05280747; MPSKAT00005012
7 WH_MDL_00032852; MPSKAT00001358
8 ELYSIUM-05280747
9 JIVM_0002395 MPSKAT00022222; MPSKAT00085491
10 JIVM_0005489 MPSKAT00008416
11 JIVM_0005282; MPSKAT00010542
12 JIVM_0005262; MPSKAT00010335
13 JIVM_0000014; MPSKAT00083944
14 ELYSIUM-05186605; ELYSIUM-07641870; MPSKAT00103963
15 ELYSIUM-05186605; ELYSIUM-07641870; MPSKAT00016983
16 ELYSIUM-05186605; ELYSIUM-07641870; MPSKAT00103724
17 ELYSIUM-05152000; ELYSIUM-05269912
18 ELYSIUM-05269912; MPSKAT00143527

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 5.02 - Summary of Cash Flows from Sample Claims (Kaye Scholer)

| Shareholder (Pension Plan) | Beneficiary[1] | Share | Date of request to SKAT | Date Deposited | Claimed Withheld dividend tax (DKK) | Fx Rate[2] | Claimed Withheld dividend tax (USD) | Ganymede % | Payment to Ganymede (USD) | Partnership %[3] | Partnership Payment (USD) | Maximum Potential Amount Remaining for Plan (USD)[3] | % of Tax Refund to Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Routt Capital Pension Plan[4] | Richard Markowitz | Cobehan A/S - B | 12/15/2014 | 4/20/2015 | 2,104,027.65 | 6.9367 | 303,318.24 | 75.0% | (227,488.68) | n/a | | 75,829.56 | 25.0% |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan[5] | Edwin Miller | A.P. Moller Maersk A/S - A | 4/14/2015 | 5/22/2015 | 12,654,804.12 | 6.75566 | 1,877,655.79 | 75.0% | (1,408,241.84) | 95% | (445,943.25) | 23,470.70 | 1.3% |
| Green Scale Management LLC Roth 401(K) Plan[6] | Edwin Miller | A.P. Moller Maersk A/S - A | 4/24/2015 | 5/21/2015 | 21,395,362.68 | 6.70381 | 3,191,522.83 | 75.0% | (2,393,642.12) | 95% | (757,986.67) | 39,894.04 | 1.3% |
| Routt Capital Pension Plan[4] | Perry Lerner | Tryg A/S | 5/1/2015 | 5/21/2015 | 817,287.57 | 6.70381 | 121,913.89 | 75.0% | (91,435.42) | n/a | | 30,478.47 | 25.0% |
| Trailing Edge Productions LLC Roth 401(K) Plan[7] | Perry Lerner | Tryg A/S | 4/27/2015 | 5/29/2015 | 273,642.84 | 6.9974 | 40,256.99 | 75.0% | (30,192.74) | 95% | (9,561.03) | 503.21 | 1.3% |
| True Wind Investments LLC Roth 401(K) Plan[8] | Ronald Altbach | Carlsberg A/S - B | 4/27/2015 | 5/29/2015 | 431,845.02 | 6.9974 | 63,530.91 | 75.0% | (47,648.18) | 95% | (15,088.59) | 794.14 | 1.3% |
| Fulcrum Productions LLC Roth 401(K) Plan[9] | Edwin Miller | TDC A/S | 4/28/2015 | 5/29/2015 | 788,100.10 | 6.9974 | 115,941.43 | 75.0% | (86,956.08) | 95% | (27,536.09) | 1,449.27 | 1.3% |
| The Random Holdings 401(K) Plan[10] | Edwin Miller | TDC A/S | 4/30/2015 | 5/29/2015 | 769,460.85 | 6.9974 | 113,199.29 | 75.0% | (84,899.47) | n/a | | 28,299.82 | 25.0% |
| Hudson Industries LLC Roth 401(K) Plan[8] | Richard Markowitz | FLSmidth & Co A/S | 4/30/2015 | 5/29/2015 | 197,131.32 | 6.9974 | 29,000.99 | 75.0% | (21,750.74) | n/a | | 7,250.25 | 25.0% |
| The Random Holdings 401(K) Plan[10] | Robert Klugman | FLSmidth & Co A/S | 4/30/2015 | 5/29/2015 | 194,927.31 | 6.9974 | 28,676.75 | 75.0% | (21,507.56) | n/a | | 7,169.19 | 25.0% |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan[5] | Edwin Miller | Tryg A/S | 4/27/2015 | 7/16/2015 | 823,371.48 | 6.84556 | 120,278.18 | 75.0% | (90,208.63) | 95% | (28,566.07) | 1,503.48 | 1.3% |
| Ballan Ventures LLC Roth 401(K) Plan[11] | Joseph Herman | Danske Bank A/S | 5/22/2015 | 7/8/2015 | 4,580,263.32 | 6.7314 | 680,423.58 | 75.0% | (510,317.69) | 95% | (161,600.60) | 8,505.29 | 1.3% |
| Albedo Management LLC Roth 401(K) Plan[12] | Joseph Herman | Colophan A/S - B | 5/22/2015 | 7/8/2015 | 1,788,477.57 | 6.7314 | 265,691.77 | 75.0% | (199,268.83) | 95% | (63,101.80) | 3,321.15 | 1.3% |
| Sternway Logistics LLC Roth 401(K) Plan[13] | Robin Jones | Colophan A/S - B | 6/10/2015 | 7/8/2015 | 352,234.58 | 6.7314 | 52,327.09 | 75.0% | (39,245.32) | 95% | (12,427.68) | 654.09 | 1.3% |
| Sternway Logistics LLC Roth 401(K) Plan[13] | Robin Jones | Carlsberg A/S - B | 5/21/2015 | 7/20/2015 | 433,509.57 | 6.87694 | 63,038.15 | 75.0% | (47,278.61) | 95% | (14,971.56) | 787.98 | 1.3% |
| Headsail Manufacturing LLC Roth 401(K) Plan[14] | Robert Klugman | Vestas Wind Systems A/S | 6/24/2015 | 8/10/2015 | 1,987,662.81 | 6.79162 | 292,664.02 | 75.0% | (219,498.01) | n/a | | 73,166.00 | 25.0% |
| **Total** | | | | | 49,622,048.99 | | 7,359,439.90 | | (5,519,579.93) | | (1,536,783.35) | 303,076.63 | |
| | | | | | | | | | 75.0%[a] | | 20.0%[a] | | |

[a] % of Tax Refunds

Notes:
1 See Exhibit 1.02.
2 S&P Capital IQ.
3 Partnership payments are calculated by applying the partnership percentages from each plan's agreement where applicable.
4 This does not take into account additional expenses which were paid by the plans to brokers and other Shah related entities.
5 ELYSIUM-04359947; WH_MDL_00042466
6 ELYSIUM07846010; KP_MDL_11480
7 ELYSIUM07846010; KP_MDL_00064
8 ELYSIUM-07846010
9 ELYSIUM07846010; WH_MDL_00012603
10 ELYSIUM07846010; KP_MDL_10090
11 ELYSIUM07846010; KP_MDL_11490
12 ELYSIUM07846010; WH_MDL_00008227
13 ELYSIUM07846010; WH_MDL_00008237
14 ELYSIUM07846010; WH_MDL_00029420
15 MPSKAT00601040; ELYSIUM-04906630; ELYSIUM-07846030; WH_MDL_00029420

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 9.03 – Summary of Cash Flows from Sample Claims (Lehman)

| Shareholder (Pension Plan) | Plan Participant[1] | Share | Date of request to SKAT | Date Deposited | Claimed Withheld dividend tax (DKK) | Fx Rate[2] | Claimed Withheld dividend tax (USD) | Ganymede % | Payment to Ganymede (USD) | Maximum Potential Amount Remaining for Plan (USD) | % of Tax Refund to Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gyro 23 LLC Solo 401(K) Plan[4] | Boston Bradley, Sr. | Chr Hansen Holding A/S | 1/28/2014 | 2/13/2014 | 1,296,017.82 | 5.43997 | 237,733.51 | 95.4% | (226,797.77) | 10,935.74 | 4.6% |
| FiftyEightSixty LLC Solo 401(K) Plan[4] | Danielle Tagliarotti | TDC A/S | 3/20/2014 | 5/14/2014 | 2,324,241.22 | 5.44344 | 426,980.22 | 88.6% | (378,304.48) | 48,675.75 | 11.4% |
| NYCATX LLC Solo 401(K) Plan[4] | Carl Vergari | Novo Nordisk A/S - B | 4/17/2014 | 6/4/2014 | 13,037,973.03 | 5.48206 | 2,378,298.13 | 93.9% | (2,233,221.94) | 145,076.19 | 6.1% |
| Ackview Solo 401(K) Plan[5] | Sean Patrick Driscoll | A.P. Moller Maersk A/S - B | 4/17/2014 | 6/3/2014 | 4,999,428.00 | 5.47754 | 912,714.10 | 97.5% | (889,896.25) | 22,817.85 | 2.5% |
| Delgado Fox LLC Solo 401(K) Plan[4] | Bobbie Bradley | Danske Bank A/S | 4/28/2014 | 6/4/2014 | 1,778,970.60 | 5.48206 | 324,507.69 | 94.4% | (306,335.25) | 18,172.43 | 5.6% |
| The Dink 14 LLC 401(K) Plan[4] | Vincent Natoli | Carlsberg A/S - B | 4/30/2014 | 6/18/2014 | 1,124,504.64 | 5.49397 | 204,679.79 | 95.2% | (194,855.16) | 9,824.63 | 4.8% |
| The SkyBox LLC 401(K) Plan[4] | Bradley Crescenzo | Carlsberg A/S - B | 5/20/2014 | 6/18/2014 | 1,254,186.72 | 5.49397 | 228,284.23 | 95.2% | (217,326.59) | 10,957.64 | 4.8% |
| The Balsereit Management LLC 401(K) Pension Plan[4] | John LaChance | A.P. Moller Maersk A/S - A | 6/4/2014 | 7/11/2014 | 5,194,476.00 | 5.48354 | 947,285.15 | 95.2% | (901,815.46) | 45,469.69 | 4.8% |
| The MTP Wellness LLC 401(K) Plan[5] | Maryann Pronas | Coloplast A/S - B | 7/18/2014 | 5/14/2014 | 923,717.52 | 5.44344 | 169,693.71 | 95.2% | (161,548.41) | 8,145.30 | 4.8% |
| The MPB Holdings LLC 401(K) Plan[4] | Mitchell Pronas | A.P. Moller Maersk A/S - B | 7/18/2014 | 8/7/2014 | 4,408,614.00 | 5.58256 | 789,713.89 | 95.2% | (751,665.72) | 37,998.17 | 4.8% |
| The DMRB Pension Plan[4] | Doston Bradley | A.P. Moller Maersk A/S - A | 4/13/2015 | 4/28/2015 | 12,805,074.54 | 6.80441 | 1,881,878.74 | 95.0% | (1,787,784.81) | 94,093.94 | 5.0% |
| The Mountain Air LLC 401(K) Plan[4] | Scott Shapiro | Novo Nordisk A/S - B | 4/21/2015 | 5/12/2015 | 21,275,624.43 | 6.64217 | 3,203,113.51 | 95.0% | (3,042,957.83) | 160,155.68 | 5.0% |
| The Joyfren Blue Pension Plan[4] | Francine Tagliarotti | Danske Bank A/S | 4/23/2015 | 5/12/2015 | 4,947,384.42 | 6.64217 | 744,844.59 | 95.0% | (707,602.36) | 37,242.23 | 5.0% |
| The 2T Health Consulting LLC 401(K) Plan[4] | Jana Tagliarotti | Novozymes A/S - B | 4/27/2015 | 5/29/2015 | 627,934.68 | 6.7974 | 92,378.66 | 95.0% | (87,759.72) | 4,618.93 | 5.0% |
| The Lakeview Advisors 401(K) Plan[4] | Matthew Tucci | TDC A/S | 4/27/2015 | 5/29/2015 | 766,052.64 | 6.7974 | 112,697.89 | 95.0% | (107,063.00) | 5,634.89 | 5.0% |
| The Bashy Black 401(K) Plan[4] | Monica Bradley | A.P. Moller Maersk A/S - B | 4/27/2015 | 5/29/2015 | 4,194,031.77 | 6.7974 | 617,005.29 | 95.0% | (586,155.03) | 30,850.26 | 5.0% |
| The Canaak Rock LLC 401(K) Plan[4] | Monica Bradley | Tryg A/S | 4/27/2015 | 5/29/2015 | 822,337.92 | 6.7974 | 120,978.30 | 95.0% | (114,929.39) | 6,048.92 | 5.0% |
| The Snow Hill Pension Plan[4] | Scott Shapiro | GN Store Nord A/S | 4/27/2015 | 7/28/2015 | 142,750.59 | 6.75434 | 21,134.65 | 95.0% | (20,077.91) | 1,056.73 | 5.0% |
| The SSKL LLC Pension Plan[4] | Scott Shapiro | Novo Nordisk A/S - B | 4/27/2015 | 7/16/2015 | 7,884,472.50 | 6.84556 | 1,151,764.43 | 95.0% | (1,094,176.21) | 57,588.22 | 5.0% |
| The Hoboken Advisors LLC 401K Plan[4] | Stacey Lewis | Vestas Wind Systems A/S | 4/27/2015 | 7/16/2015 | 1,181,660.80 | 6.84556 | 172,617.11 | 95.0% | (163,986.26) | 8,630.86 | 5.0% |
| The Snow Hill Pension Plan[4] | Scott Shapiro | Novozymes A/S - B | 4/27/2015 | 7/28/2015 | 676,834.38 | 6.75434 | 100,207.33 | 95.0% | (95,196.96) | 5,010.37 | 5.0% |
| The Bella Consultants Pension Plan[4] | Anthony Sinclair | GN Store Nord A/S | 4/28/2015 | 5/29/2015 | 145,557.73 | 6.7974 | 21,413.74 | 95.0% | (20,343.05) | 1,070.69 | 5.0% |
| CSCC Capital Pension Plan[9] | Scott Shapiro | A.P. Moller Maersk A/S - B | 5/1/2015 | 5/21/2015 | 12,785,916.42 | 6.70381 | 1,907,261.16 | 95.0% | (1,811,898.10) | 95,363.06 | 5.0% |
| The Atlantic DHR 401(K) Plan[10] | Joanne Bradley | TDC A/S | 5/1/2015 | 5/21/2015 | 745,868.52 | 6.70381 | 111,260.39 | 95.0% | (105,697.37) | 5,563.02 | 5.0% |
| The Jump Group LLC 401(K) Plan[10] | Joseph Whalen | Pandora A/S | 5/1/2015 | 5/21/2015 | 1,176,141.56 | 6.70381 | 175,742.12 | 95.0% | (166,955.01) | 8,787.11 | 5.0% |
| The Shapiro Blue Management LLC 401(K) Plan[10] | Scott Shapiro | A.P. Moller Maersk A/S - B | 5/1/2015 | 5/21/2015 | 12,783,787.74 | 6.70381 | 1,906,943.62 | 95.0% | (1,811,596.44) | 95,347.18 | 5.0% |
| The Tump Group LLC 401(K) Plan[10] | Joseph Whalen | FLSmidth & Co A/S | 5/1/2015 | 5/21/2015 | 979,297.29 | 6.70381 | 146,080.70 | 95.0% | (138,776.67) | 7,304.04 | 5.0% |
| CSCC Capital Pension Plan[11] | Scott Shapiro | Coloplast A/S - B | 5/1/2015 | 5/21/2015 | 1,861,303.05 | 6.70381 | 277,648.54 | 95.0% | (263,766.11) | 13,882.43 | 5.0% |
| The Fieldcrest Pension Plan[10] | Cynthia Crescenzo | A.P. Moller Maersk A/S - B | 5/7/2015 | 7/6/2015 | 4,184,452.71 | 6.7443 | 620,442.85 | 95.0% | (589,420.71) | 31,022.14 | 5.0% |
| The Westport Advisors LLC 401(K) Plan[10] | Cynthia Crescenzo | TDC A/S | 5/7/2015 | 7/8/2015 | 748,819.89 | 6.7314 | 111,242.82 | 95.0% | (105,680.67) | 5,562.14 | 5.0% |
| The Regideth Pension Plan[10] | Bradley Crescenzo | A.P. Moller Maersk A/S - B | 5/7/2015 | 7/8/2015 | 4,197,756.96 | 6.7314 | 623,608.31 | 95.0% | (592,427.89) | 31,180.42 | 5.0% |
| The Maple Advisors LLC 401(K) Plan[10] | Danielle Tucci | TDC A/S | 5/7/2015 | 7/8/2015 | 807,637.23 | 6.7314 | 119,980.57 | 95.0% | (113,981.54) | 5,999.03 | 5.0% |
| The Maple Advisors LLC 401(K) Plan[10] | Danielle Tucci | A.P. Moller Maersk A/S - A | 5/7/2015 | 7/8/2015 | 4,195,628.28 | 6.7314 | 623,292.08 | 95.0% | (592,127.47) | 31,164.60 | 5.0% |
| The Maple Advisors LLC 401(K) Plan[10] | Danielle Tucci | Chr Hansen Holding A/S | 5/11/2015 | 7/8/2015 | 816,338.50 | 6.7314 | 121,273.21 | 95.0% | (115,209.55) | 6,063.66 | 5.0% |
| The Chambers Property Management LLC 401(K) Plan[10] | Jeffrey Chambers | Novo Nordisk A/S - B | 5/14/2015 | 7/8/2015 | 7,786,337.10 | 6.7314 | 1,156,501.52 | 95.0% | (1,098,676.44) | 57,825.08 | 5.0% |
| The Chambers Pension Plan[10] | Jeffrey Chambers | DSV A/S | 5/14/2015 | 7/2/2015 | 299,746.26 | 6.81756 | 44,553.52 | 95.0% | (42,325.84) | 2,227.66 | 5.0% |
| The Blackbird 401(K) Plan[10] | Danielle Tucci | Coloplast A/S - B | 5/15/2015 | 7/7/2015 | 1,080,973.35 | 6.81756 | 158,557.22 | 95.0% | (150,629.36) | 7,927.86 | 5.0% |
| The Beech Tree Partners 401(K) Plan[10] | Danielle Tucci | Coloplast A/S - B | 5/15/2015 | 7/3/2015 | 1,778,265.50 | 6.72242 | 264,527.58 | 95.0% | (251,301.20) | 13,226.38 | 5.0% |
| **Total** | | | | | 148,056,127.71 | | 23,239,816.55 | | (22,042,288.76) | 1,188,527.79 | |
| % of Tax Refunds | | | | | | | | | | | 94.9% |

Notes:

1. See Exhibit 1.03.
2. S&P Capital IQ
3. This does not take into account additional expenses which were paid by the plans to brokers and other Shah related entities.
4. ELYSIUM-04315946, ELYSIUM-02369912
5. FIFTYEIGHTSIXTY00042276, ELYSIUM-04498217? NYCATX000000210-212
6. NYCATX00000106, ELYSIUM-04498217? NYCATX00000241-243
7. ELYSIUM-05269912, ACKVIEW00000203, ACKVIEW00000204
8. DELGADO00000310, DELGADO00000229, ELYSIUM-05269912
9. ELYSIUM-04569912
10. ELYSIUM-07846030
11. ELYSIUM-05269913