# Exhibit 114

Message

| | |
|---|---|
| **From**: | Jonathan Sander [JSander@duetgroup.net] |
| **Sent**: | 3/6/2013 10:02:18 AM |
| **To**: | Jérôme LHOTE [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jlhote@Argre810]; Matthew Stein [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mstein@Argre3a2]; John H. van Merkensteijn, III [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jhvm@Argrec96]; Adam Larosa [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Alarosa@Argre6ed]; Richard Markowitz [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Rmarkowitz@Argrec37]; 'Robert Klugman' [rklugman@storcapital.com]; globalequity [globalequity@duetgroup.net] |
| **Subject**: | FW: Annex 26 |

Richard,

Please see below from Freshfields re Belgium.

Regards

Jonathan

---

**From:** robert.neyt@freshfields.com [mailto:robert.neyt@freshfields.com]
**Sent:** Wednesday, March 06, 2013 1:46 PM
**To:** Jonathan Sander
**Cc:** globalequity
**Subject:** RE: Annex 26

Jonathan,

The scope of the exemption (art. 106 RD/ITC) has indeed been reduced. As of January, only Belgian sourced dividends attributed or made payable to foreign pension funds will qualify for the withholding tax exemption. Other non-profits have been excluded.

As a result thereof, some changes have been made to the content of the certificate that needs to be delivered by the beneficiary of the dividend payments in order to benefit from the Belgian withholding tax exemption.

As our advice concerned q US 401A pension fund it still holds after the above modification. The certificate as attached (Annex 26) is correct and reflects the above changes.

Best regards,

Robert Neyt

---

**From:** Jonathan Sander [mailto:JSander@duetgroup.net]
**Sent:** 06 March 2013 08:08
**To:** NEYT, Robert
**Cc:** globalequity
**Subject:** RE: Annex 26

Robert,

Please could you revert this morning as we have a call with the pension plan this afternoon.

KLUGMAN00061594

Thanks

Jonathan

---

**From:** Jonathan Sander
**Sent:** Tuesday, March 05, 2013 10:06 PM
**To:** 'robert.neyt@freshfields.com'
**Subject:** Fw: Annex 26

Robert,

Please see attached the updated Annex 26, effective 1 January 2013. I understand that the Annex was updated owing to the changes in law and dividend entitlements relating to not for profit organisations, other than pension plans.

Can you please confirm that per the updated Annex 26 there are no modifications to the wording relating to beneficial ownership as per the French language version.

Because of the changes to the Annex 26 please can you confirm that your advice issued late last year is still unaffected with regards the US pension plan trading belgian equities and receiving dividends at the preferential rate of 100%.

Thanks

Jonathan
Jonathan Sander

Duet MENA Limited
Office 10, Level 4,
Al Fattan Currency House,
DIFC,
P.O Box 482011
Dubai
UAE

T: + 971 (0) 4 237 9214
M: +971 (0) 5065 72263
+44 (0)7917 447 571

E: jsander@duetgroup.net

---

**From:** Sanjeet Manek
**Sent:** Tuesday, March 05, 2013 05:48 PM GMT Standard Time
**To:** Jonathan Sander
**Subject:** Annex 26

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

KLUGMAN00061595

DUET ASSET MANAGEMENT LIMITED is authorised and regulated by the Financial Services Authority
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Internet communications cannot be guaranteed to be confidential, secure or error-free as information could be intercepted, corrupted, lost, arrive late or contain viruses. The sender therefore does not accept liability for any errors or omissions in the context of this message which arise as a result of Internet transmission.

Unless otherwise stipulated herein, any opinions contained in this message are those of the author and are not given or endorsed by the company through which this message is sent.

Nothing in this message or in its attachments should be construed as a solicitation or offer, or recommendation, to acquire or dispose of any investment or to engage in any other transaction.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---


(152352:0005)

This email is confidential and may well also be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply email and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person: to do so could be a breach of confidence. Thank you for your co-operation. Please contact our IT Helpdesk on +44 (0) 20 7785 2000 or email ITHelpdesk@freshfields.com if you need assistance.

Freshfields Bruckhaus Deringer LLP is a limited liability partnership registered in England and Wales with registered number OC334789. It is authorised and regulated by the Solicitors Regulation Authority. In Belgium, it is registered with the RPM/RPR Brussels number 0538 335 152 and professional rules are available at www.barreaudebruxelles.be and www.baliebrussel.be. For regulatory information please refer to www.freshfields.com/support/legalnotice.

A list of the members (and of the non-members who are designated as partners) of Freshfields Bruckhaus Deringer LLP and their qualifications is available for inspection at its registered office, 65 Fleet Street, London EC4Y 1HS. Any reference to a partner means a member, or a consultant or employee with equivalent standing and qualifications, of Freshfields Bruckhaus Deringer LLP or any of its affiliated firms or entities.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
DUET ASSET MANAGEMENT LIMITED is authorised and regulated by the Financial Services Authority
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Internet communications cannot be guaranteed to be confidential, secure or error-free as information could be intercepted, corrupted, lost, arrive late or contain viruses. The sender therefore does not accept liability for any errors or omissions in the context of this message which arise as a result of Internet transmission.

Unless otherwise stipulated herein, any opinions contained in this message are those of the author and are not given or endorsed by the company through which this message is sent.

Nothing in this message or in its attachments should be construed as a solicitation or offer, or recommendation, to acquire or dispose of any investment or to engage in any other transaction.
_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

KLUGMAN00061597